DUPLICATE
ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT

9/26/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CB_____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,

13        Plaintiff,

14            v.

15  BLADE BAI,
    BOWEN HU, and
16  TAIRAN SHI,

17        Defendants.

Case No.: 20-CR-00621-AB

**VERDICT FORM**

18

19                    **VERDICT**

20      We, the jury in the above-captioned case, present the following unanimous

21  verdict.

22
23
24
25
26
27
28

                    i

1

## COUNT TWO – BLADE BAI

2

## Conspiracy to Commit Money Laundering

3

4

    2.    We, the jury in the above-captioned case, unanimously find defendant

5

BLADE BAI:

6

7

    ___        NOT GUILTY

8

9

    X        GUILTY

10

11

of Conspiracy to Commit Money Laundering, as charged in Count Two of the

12

Indictment.

13

14

*(Proceed to Question 3.)*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

As to the following count charged against defendant TAIRAN SHI:

## COUNT ONE – TAIRAN SHI
### Conspiracy to Commit Money Laundering

4.     We, the jury in the above-captioned case, unanimously find defendant TAIRAN SHI:

\_\_\_\_         NOT GUILTY

X         GUILTY

of Conspiracy to Commit Money Laundering, as charged in Count One of the Indictment.

*(Please sign and date this form.)*

_9/26/2023_
DATED                                              FOREPERSON

4