DUPLICATE ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
9/26/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CB___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLADE BAI,<br>BOWEN HU, and<br>TAIRAN SHI,<br><br>Defendants. | Case No.: 20-CR-00621-AB<br><br>**VERDICT FORM**<br><br>(CORRECTED) |

## VERDICT

We, the jury in the above-captioned case, present the following unanimous verdict.

As to the following counts charged against defendant BLADE BAI:

## COUNT ONE – BLADE BAI
### Conspiracy to Commit Money Laundering

1.  We, the jury in the above-captioned case, unanimously find defendant BLADE BAI:

\_\_\_   NOT GUILTY

__X__   GUILTY

of Conspiracy to Commit Money Laundering, as charged in Count One of the Indictment.

*(Proceed to Question 2.)*

1

## COUNT TWO – BLADE BAI

### Conspiracy to Commit Money Laundering

2.  We, the jury in the above-captioned case, unanimously find defendant BLADE BAI:

\_\_\_   NOT GUILTY

X   GUILTY

of Conspiracy to Commit Money Laundering, as charged in Count Two of the Indictment.

*(Proceed to Question 3.)*

2

As to the following count charged against defendant BOWEN HU:

### COUNT ONE – BOWEN HU
### Conspiracy to Commit Money Laundering

3.  We, the jury in the above-captioned case, unanimously find defendant BOWEN HU:

\_\_\_   NOT GUILTY

_X_   GUILTY

of Conspiracy to Commit Money Laundering, as charged in Count One of the Indictment.

*(Proceed to Question 4.)*

3

As to the following count charged against defendant TAIRAN SHI:

### COUNT ONE – TAIRAN SHI
### Conspiracy to Commit Money Laundering

4. We, the jury in the above-captioned case, unanimously find defendant TAIRAN SHI:

\_\_\_  NOT GUILTY

__X__  GUILTY

of Conspiracy to Commit Money Laundering, as charged in Count One of the Indictment.

*(Please sign and date this form.)*

__9/26/2023__
DATED                                                       FOREPERSON

4