E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931
     Facsimile: (213) 894-6269
     E-mail:    Monica.Tait@usdoj.gov
AMANDA N. LISKAMM
Director, Consumer Protection Branch
WEI XIANG
MEREDITH B. HEALY
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
     450 Fifth Street, NW, Suite 6400
     Washington, DC 20001
     Telephone: (202) 532-4140
     Facsimile: (202) 514-8742
     E-mail:  Wei.Xiang@usdoj.gov
              Meredith.B.Healy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-00621-AB |
| Plaintiff, | VICTIM IMPACT STATEMENTS RELATING TO DEFENDANTS BLADE BAI AND BOWEN HU |
| v. | |
| BLADE BAI, BOWEN HU, | Sentencing: March 22, 2024 |
| Defendants. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, and Department of Justice Trial Attorneys Wei Xiang and Meredith B.

Healy, hereby files the redacted Victim Impact Statements it has received relating to defendants BLADE BAI and BOWEN HU.  The government agrees, based on the arguments in its sentencing position, that these specific victims were not victimized during the period for which defendant TAIRAN SHI should be liable.

Dated: March 1, 2024			Respectfully submitted,

						E. MARTIN ESTRADA
						United States Attorney

						MACK E. JENKINS
						Assistant United States Attorney
						Chief, Criminal Division

						AMANDA N. LISKAMM
						Director, Consumer Protection Branch
						MEREDITH B. HEALY
						WEI XIANG
						Trial Attorneys
						Consumer Protection Branch
						U.S. Department of Justice

						/S/Monica E. Tait
						_____
						MONICA E. TAIT
						Assistant United States Attorney
						Major Frauds Section

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA

# BLADE BAI VICTIMS

**[M.S.:  BLADE BAI VICTIM - ALSO ON YAN FU RESTITUION LIST]**
**7/24/2019**                                              **Get LAX to Fu**

**From:** 
**Sent:** Wednesday, October 11, 2023 4:12 PM
**To:** Villasenor, Mark (USACAC) <mvillasenor@usa.doj.gov>
**Subject:** [EXTERNAL] Victim Statement

Dear Mark,
To say I was negatively impacted by the the crime would be an understatement; I have residual issues to this day..years after the day in question. They did not only steal thousands of dollars from me but stole my trusting nature and left me with anxiety and fears that haunt me today.

They left me with no money to pay my mortgage, buy groceries,  or gas. It was over two months before my teacher salary would resume leaving me with not only no income but debt as well. They used fear to control me—-fear of being wrongfully arrested which in turn would led to losing  my teaching career , fear of losing my house and property and life savings, fear of the effects the issues would have on my children as well as having a stolen identity. They leaned into my trusting nature and respect for law officials to achieve their goals.

The days after the incident I was dealing with thoughts of suicide and couldn't be left by myself…ashamed and devastated by the monetary damage "I" had done taunted me. Our life savings was gone, and we were in debt like never before. I questioned my judgement and wouldn't go anywhere alone. I was unable to function independently. My family had to take turns making sure I was "okay" in all respects- physically, mentally,  and emotionally. It took weeks for me to even go anywhere alone—fear and anxiety overwhelmed me.

Years later I am  still dealing with the aftermath of the crime financially, emotionally and mentally. I'm trying to once again be financially stable, deal with anxiety and fears that were nonexistent until the day in question as well as once again trust my own judgement. The contact with criminals may have lasted four hours but the negative effects of that day have lasted years.


M███ S███

[E.A. 9/5/2019: BLADE BAI VICTIM ALSO ON YAN FU RESTITUTION LIST]

# VICTIM IMPACT STATEMENT

Victim: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
USAO Number: 2020R02144
Court Docket Number: 20-CR-00621

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Dear Sir/Madam, First of all I would like to extend my huge thanks for taking the time to bring these cruel human beings to justice. I was going through a tough tough time in September 2019 as I was being taken to court by my ex-husband to stop paying spousal support. I work from 12pm-8:00pm daily. On 09/05/2019, while I was going to work at 11:30, someone called me from a 800 number and I thought it was from All State auto insurance company. I was expecting a call from them as I needed documents from them to provide my attorney for my divorce case. As you can imagine, I was already distraught and my mental state was very unstable. This perosn threatened me and said that my little savings I had was friozen and they will help me get the money if I send them the money in gift cards... I got so scared and I obliged.. I am attaching all the reciepts for your reference. I was held hostage on the phone until I got the money to them. They held me captive. This person would not allow me to get off the phone to call anyone...The scared me so much that I thought what they were saying was true. People at work were concerned as I did not show up to work. I could not answer anyone's calls either while I was held captive on the phone. Ever since then, I am so scared of any calls that come to me that I don't recognize. My heart rate rises everytime I receive a call from a number that is not in my contacts. I am living in fear most of the time. I am a single mother and they took all the savings I had. This was the money I saved to pay my attorney and I had to ask if I could pay him in installments for his service. I felt very emabarassed and ashamed to do so... but I was left with no choice because these cruel perpetrators took all my money. My whole body trembles extremely and my chest tightens when I think of that day. Please I beg you to obtain the money I lost to them if possible. I am advancing in years and I don't have much time left to save money for my retirement. Thank you for your consideration. God Bless!

Sincerely, E▓▓▓▓ A▓▓▓▓▓▓

# BLADE BAI + BOWEN HU VICTIMS

**[S.D. BLADE BAI + BOWEN HU VICTIM 1/6/2020-ALSO ON YAN FU RESTITUTION LIST]**

**From:** S███ D███████
**Sent:** Monday, October 9, 2023 8:59 PM
**To:** Villasenor, Mark (USACAC) <mvillasenor@usa.doj.gov>
**Subject:** [EXTERNAL] Victim impact statement - USAO No. 2020R02144 - Court Doc No. 20-CR00621

Dear sir,
Incident date 7th January 2020.
I got a call from a person saying that he's calling from Fremont police, and told me that my name is mention in a crime and that I had to pay big amount (I cannot remember the amount) and that Social security is trying to get that from my bank account. He said that he can save that and ask my bank account and balances etc.
I had two accounts one with bank of America and wells Fargo. Wells Fargo with my husband. Bank of America I had a small balance. He was with me on the phone and told me not to disconnect the call, if I disconnect the call police going to arrest me.
And he said to go to wells Fargo bank first and widrew $12,000. Bank refused to give that amount because it was big amount. He wanted to tell me that I need to pay cash for a car down payment. I think I had only $14,000 balance in the account.
And then he said to go to Macy's and purchase $10,000 gift cards.(1000×10). And even there they refuse to give gift cards, but he said to tell them that I am going to Sri Lanka for a wedding and wanted to give gifts. After purchasing I went to the vehicle and gave one by one gift cards numbers.
And then he told me to go to Target Store and purchase $1000 gift cards.(100×10). Went to the vehicle and gave all the numbers one by one.
After that he told to go to Nordstrom and purchase $1000 gift cards.(100×10). When I came to the car to give the numbers, the call got cut off. My daughter has call the phone company and managed to cut the call. At that time a Police officer came to the car and told to roll down the window, and said it's a crime. He asked what happened and first called Target but that short time they have already taken the money. He went to Nordstrom and got the refund for me. So he saved $1000 for Me. Thank for him.
Out of my $12,000 I lost $11,000.
I think I started at around 12:00 in the afternoon and went on till 5:00pm. I really don't know what happened and how I got caught to this crime.
I appreciate the hard work and clever investigation done by all involved in this case.

Thanking you.
S███ D███████

**[N.F. BLADE BAI + BOWEN HU VICTIM 2/6/2020-ALSO ON YAN FU RESTITUTION LIST]**

| | |
|---|---|
| **From:** | N█████ F█████ <█████@icloud.com> |
| **Sent:** | Friday, January 26, 2024 5:19 PM |
| **To:** | Villasenor, Mark (USACAC) |
| **Subject:** | [EXTERNAL] Docket #20-CR-00621 |

Hello Mr. Villasenor,

I tried to attach letter via document, for some reason it came up via body of email. If this isn't sufficient, please let me know & I will attempt a different form to send letter to you regarding case. I wasn't sure if I should include my name for security purposes, hence why I ended it with other "Victim." Thank you for all your time & dedication to justice!

To whom it may concern,

I'm writing this letter on behalf of myself and to those individuals who caused so much pain & despair in my life February '20. That year was one of the most difficult times of my life. January 29, 2020 my youngest sister attempted suicide. Due to her not having health insurance, my family and I found ourselves trying to cover costs for her medical & mental healthcare. I turned to what I believed to be a legitimate lending bank to take out a loan for $5k to help cover my sister's medical costs. Daniel was supposedly the lending agents name I'd been speaking with. I shared with "Daniel" what was going on & he was sympathetic during our conversations. I was told by "Daniel" I was approved for the loan and I was sent a documentation that appeared to be legitimate. During that time I was under unimaginable stress given what had occurred with my sister. "Daniel" stated to have funds released I needed to provide gift cards for loan to be released & it would be refunded in loan. I'd provided my financial & personal information, I obliged. I wasn't thinking properly due to my siblings situation and my own health. During this time Covid was also ramped. "Daniel" and whomever was behind the theft scheme began harassing me for more funds to have loan released. My best friend whom was one of the few individuals who knew of what was going on, advised me of the fraudulent scheme she felt I was a victim of. The date I was told via telephone & email (it all looked legitimate) funds would be deposited into my account never came. When I took a moment to try & wrap my mind through everything, I realized it was well over $17,000 stolen from me. All under fraudulent & false pretense. I was under so much stress & pressure during that time. What "Daniel" and/or any of the criminals involved with this fraudulent scheme taking advantage of innocent people during difficult times is unimaginable. When I realized loan & money in gift cards wouldn't be deposited into my account, I became gravely ill due to the additional stress do to their actions. "Daniel" and/or criminals involved began harassing me via telephone & text with threats if I went to police with of blackmail since they had my social security & financial information. However, I did make a police report, they advised me to report it to the FBI, which I did with all the information I had. March of '20 the world went into lockdown due to Covid. The financial burden these criminals caused, affected my health. April of '20 during lockdown I had what is believed to have been a stroke. My drs were trying to control my blood pressure through medication until it was safe to perform brain surgery to remove a cavernous malformation. Which they believe bled during April '20 due to the stress their actions & crimes contributed. I had brain surgery 5/25/21 & now have a piece of my brain missing the size of a quarter along with a titanium plate with 16 screws attached to my skull. I've not recovered financially due to their actions & crime. They caused so much pain, stress & indescribable angst in my life during an already difficult time. I wish they would serve the remainder of their lives behind bars. I can't imagine how much damage they caused to others in similar situations. Though I may never see the funds fraudulently stolen from me & others. I truly hope these criminals receive the most severe punishment. Though their actions will never change the way they changed my life, I could only hope they spend the rest of their lives in prison. I'd like to take a moment to thank everyone in law enforcement, courts & all involved in bringing these criminals to justice. From the depths of my soul, I ask the judge presiding over this case to impose the harshest penalties possible. I'm grateful justice is being done before these evil human beings could cause more suffering, damage & irreversible pain to others. Thank you to all involved in seeing justice is served.

With my deepest gratitude,

Victim.

Regards,



@gmail.com

Sent from my iPhone