E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    E-mail:    Monica.Tait@usdoj.gov
AMANDA N. LISKAMM
Director, Consumer Protection Branch
WEI XIANG
MEREDITH B. HEALY
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
    450 Fifth Street, NW, Suite 6400
    Washington, DC 20001
    Telephone: (202) 532-4140
    Facsimile: (202) 514-8742
    E-mail:  Wei.Xiang@usdoj.gov
        Meredith.B.Healy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-00621-AB |
| Plaintiff, | GOVERNMENT'S CONSOLIDATED EXHIBIT VOLUME IN SUPPORT OF SENTENCING POSITIONS FOR DEFENDANTS BLADE BAI, BOWEN HU, AND TAIRAN SHI |
| v. | |
| BLADE BAI, BOWEN HU, and TAIRAN SHI, | Sentencing: March 22, 2024 |
| Defendants. | |

    The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, and

Department of Justice Trial Attorneys Wei Xiang and Meredith B. Healy, hereby files its consolidated volume of trial exhibits cited in the three sentencing positions filed on this date as to defendants BLADE BAI, BOWEN HU, and TAIRAN SHI. The exhibits are presented here in numerical order; some redactions to personally identifiable information have been made for public viewing.

Dated: March 1, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

AMANDA N. LISKAMM
Director, Consumer Protection Branch
MEREDITH B. HEALY
WEI XIANG
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice

/s/ Monica E. Tait
MONICA E. TAIT
Assistant United States Attorney
Major Frauds Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA