# TRIAL EXHIBIT 2

RECEIPT VICTIM ███████ (CARD ENDING 119)



G19-42291.png

Exhibit 2
Page 1 of 1

USAO-CPB00009575

# TRIAL EXHIBIT 3

| ID | | 外州1 | 外州2 | 外州3 | 加州1 | 加州2 | 加州3 | 加州4 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4121971783087 | 1500 | | 1500 | | | | | | | | | | |
| 41219574933187 | 1500 | | 1500 | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 41218388006701 | 500 | 500 | | | | | | | | | | | |
| 41218518078356 | 500 | 500 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 41220235635005 | 1005 | | | | | 1005 | | | | | | | |
| 41216080480786 | 1005 | | 1005 | | | | | | | | | | |
| 41216080480711 | 1005 | | 1005 | | | | | | | | | | |
| 41216080480703 | 1505 | | | | | | | 1505 | | | | | |
| 41216080480745 | 1764 | | | | | | 1764 | | | | | | |
| 41216080480729 | 1505 | | | | | | 1505 | | | | | | |
| 41216080480737 | 1105 | | | | | | | | | | | 1105 | |
| 41216080480752 | 1105 | | | | | | | | | | | | 1005 |
| 41216080480760 | 1005 | | | | | | 1005 | | | | | | |
| | | | | | | | | | | | | | |
| 41219574932999 | 1005 | | | | | | 1005 | | | | | | |
| 41219574932874 | 1005 | | | | | | | 1005 | | | | | |
| 41219574933120 | 1005 | 1005 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 41220534573634 | 500 | | | 110 | | | | 390 | | | | | |
| 41220534573642 | 500 | | | | | | | | | | | 500 | |
| 41220534573535 | 500 | | | | | | | | | | | 500 | |
| 41220534573543 | 500 | | | | | | | | | | | 500 | |
| | | | | | | | | | | | | | |
| 41219717830738 | 1805 | | 1805 | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 41220205589000 | 1000 | | | | | | 1000 | | | | | | |
| 41220543062918 | 1000 | | | | | | | 1000 | | | | | |
| 41220543062991 | 1000 | | | | | | | | 1000 | | | | |
| | | | | | | | | | | | | | |
| 41216080480604 | 1005 | | | | | | | | | | | | 1005 |
| 41216080480596 | 1005 | | | | | 1005 | | | | | | | |
| | | 外州1 | 外州2 | | 加州1 | 加州2 | 加州3 | 加州4 | 1 | 2 | 3 | 4 | 5 |
| 41220257917784 | 955 | | | | | | | 955 | | | | | |
| | | | | | | | | | | | | | |
| 41219717830787 | 1005 | | | | | | 1005 | | | | | | |
| 41219717830811 | 1005 | | | | | | 1005 | | | | | | |
| 41219717830845 | 1805 | | | | | | 1805 | | | | | | |
| | | | | | | | | | | | | | |
| 41219717830944 | 1905 | | | | | | | | | 1905 | | | |
| | | | | | | | | | | | | | |
| 41219717830928 | 955 | | | | | | 955 | | | | | | |
| 41219717830936 | 1005 | 1005 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 41219717830910 | 1005 | | | | | | | 1005 | | | | | |
| 41219872410425 | 2000 | | | | | | 2000 | | | | | | |
| | | | | | | | | | | | | | |
| 41220591678276 | 1000 | | | | | | 1000 | | | | | | |
| 41220591678268 | 1000 | | | | | | | | | | | 1000 | |
| | | | | | | | | | | | | | |
| 41220540703373 | 990 | | | | | | | 990 | | | | | |
| 41220540703381 | 990 | | | | | 990 | | | | | | | |
| 41220192600513 | 990 | | | | 990 | | | | | | | | |
| | | | | | | | | | | | | | |
| 41220275650740 | 1005 | | 1005 | | | | | | | | | | |
| 41220275650864 | 1005 | | 1005 | | | | | | | | | | |
| 41220275650872 | 1005 | | | | | | | 1005 | | | | | |
| 41220275650948 | 1805 | | | | | | 1805 | | | | | | |
| | | | | | | | | | | | | | |
| 41216080480562 | 1905 | | | | | | | | 1905 | | | | |
| 41220275650898 | 1805 | | | | | 1805 | | | | | | | |
| 41220275650906 | 1855 | | | | 1855 | | | | | | | | |
| | | 外州1 | 外州2 | 外州3 | 加州1 | 加州2 | 加州3 | 加州4 | 1 | 2 | 3 | 4 | 5 |
| 41220297625050 | 1005 | | | | | | | 1005 | | | | | |
| 41220297625922 | 1805 | | | | | | 1805 | | | | | | |
| | | | | | | | | | | | | | |
| 41220297625019 | 1900 | | 1900 | | | | | | | | | | |

Exhibit 3
Page 1 of 3

USAO-CPB00009576

| ID | Amt | 外州1 | 外州2 | 外州3 | 加州1 | 加州2 | 加州3 | 加州4 | j1 | j2 | j3 | j4 | j5 | Far |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41220297625001 | 1900 | | | | | | 1900 (red) | | | | | | | |
| 41220297624988 | 200 | | | | | | 200 (red) | | | | | | | |
| 41220297624996 | 500 | | | | | | | | | | | | | 500 |
| 41220297624954 | 1500 | | | | | | | | | | | | | 1500 |
| 41220534717561 | 500 | | | | | 500 | | | | | | | | |
| 41220534717579 | 500 | | | | | 500 | | | | | | | | |
| 41220534717546 | 500 | 500 | | | | | | | | | | | | |
| 41220534717538 | 500 | | | 500 | | | | | | | | | | |
| 41220534717587 | 500 | 500 | | | | | | | | | | | | |
| 41220534717553 | 500 | 500 | | | | | | | | | | | | |
| 41220208723655 | 1965 | | | | | | | 1965 | | | | | | |
| 41219788609029 | 1965 | | | | | | 1965 (red) | | | | | | | |
| 41219788608997 | 1965 | | | | | | 1995 (red) | | | | | | | |
| 41220590336496 | 1965 | | | | | | | | | | | | | 1995 |
| 41220275650955 | 1000 | | | | | | | 1000 | | | | | | |
| 41218910662690 | 1000 | | | | | 1000 | | | | | | | | |
| 41220275653264 | 1000 | | | | | | | | | | | 1000 | | |
| 41220275653082 | 1500 | 1500 | | | | | | | | | | | | |
| 41219843115558 | 2000 | | | | | | 2000 (red) | | | | | | | |
| 41220275653280 | 1500 | | | | | | | 1500 | | | | | | |
| | | 外州1 | 外州2 | 外州3 | 加州1 | 加州2 | 加州3 | 加州4 | j1 | j2 | j3 | j4 | j5 | |
| 41220275650963 | 1005 | | | | | | | 135 | 870 | | | | | |
| 41220275653116 | 1005 | | | | | 1005 | | | | | | | | |
| 41219786046554 | 500 | | | | 500 | | | | | | | | | |
| 41219786046448 | 500 | | | | 500 | | | | | | | | | |
| 41220664236424 | 500 | | | | 500 | | | | | | | | | |
| 41220664236432 | 500 | | | | 500 | | | | | | | | | |
| 41220275653058 | 1905 | | | | 1905 | | | | | | | | | |
| 41219574933450 | 1905 | | | | | | 1905 (red) | | | | | | | |
| 41219327677453 | 500 | | 500 | | | | | | | | | | | |
| 41219327677446 | 500 | | | | | | 500 (red) | | | | | | | |
| 41219574933443 | 1905 | | | | | | 1905 (red) | | | | | | | |
| 41219858357931 | 2000 | | | | | | | | | | | 2000 | | |
| 41220663596133 | 2000 | | 2000 | | | | | | | | | | | |
| 41220297624962 | 1295 | | | | 1295 | | | | | | | | | |
| 41220576268002 | 500 | | | | 500 | | | | | | | | | |
| 41220576267988 | 500 | | | | 500 | | | | | | | | | |
| 41220576267996 | 500 | | | | | | | | | | | 500 | | |
| 41219662571345 | 1805 | | | | | | | | | | | | | 1805 |
| 41220980713882 | 1000 | | | | 1000 | | | | | | | | | |
| 41220980714252 | 2000 | | | | | | 2000 (red) | | | | | | | |
| | | 外州1 | 外州2 | 外州3 | 加州1 | 加州2 | 加州3 | 加州4 | j1 | j2 | j3 | j4 | j5 | |
| 41220593337103 | 500 | | | | 500 | | | | | | | | | |
| 41219841887364 | 500 | | 292 | | | | 208 | | | | | | | |
| 41219841887331 | 500 | | | | | | | | | | | 500 | | |
| 41219841887356 | 500 | | | | | 500 | | | | | | | | |
| 41219841887372 | 500 | | | | | | 500 (red) | | | | | | | |
| 41220593337129 | 500 | | | | | | 500 (red) | | | | | | | |
| 41220593336816 | 500 | | | | | | 500 (red) | | | | | | | |
| 41220593336824 | 500 | | | | | | 500 (red) | | | | | | | |
| 41218910662708 | 905 | | | | | | | | | | | | | 905 |
| 41219770493234 | 1990 | | | | 1990 | | | | | | | | | |
| 41219662571741 | 1805 | | | | | | | | | | | 1805 | | |
| 41219662570727 | 1805 | | | | | | | | | | | | | 1805 |
| 41219662571733 | 1805 | | | | | 1805 | | | | | | | | |
| | 500 | | | | | | | | | | | 500 | | |
| | 500 | | | | | | | | 500 | | | | | |

|  | 外州1 | 外州2 |  | 加州1 | 加州2 | 加州3 | 加州4 | 1 | 2 | 3 | 4 | 5 |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 117134 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 25300 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 6705 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 149139 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 4122066135697 | 1000 | 1000 |  |  |  |  |  |  |  |  |  |  |  |  |
| 4122058092318 8 | 750 | 750 |  |  |  |  |  |  |  |  |  |  |  |  |
| 4121969586627 4 | 1000 |  |  |  |  |  |  |  |  |  |  | 1000 |  |  |
| 4121969586631 6 | 1000 |  |  |  |  |  |  |  |  |  |  | 1000 |  |  |
| 4122066214257 4 | 1000 |  |  |  |  | 1000 |  |  |  |  |  |  |  |  |
| 4121978063121 1 | 1000 |  |  |  |  | 1000 |  |  |  |  |  |  |  |  |
| 4122022579176 6 | 1500 | 1500 |  |  |  |  |  |  |  |  |  |  |  |  |
| 4122058092323 8 | 500 |  | 500 |  |  |  |  |  |  |  |  |  |  |  |
| 4121971694146 0 | 950 |  |  |  |  |  | 950 |  |  |  |  |  |  |  |
| 4122064973372 7 | 900 |  | 900 |  |  |  |  |  |  |  |  |  |  |  |
| 4122064973374 3 | 900 |  | 900 |  |  |  |  |  |  |  |  |  |  |  |
| 4121987373907 9 | 1800 |  |  | 1800 |  |  |  |  |  |  |  |  |  |  |
| 4121987373912 9 | 1800 |  |  |  | 1800 |  |  |  |  |  |  |  |  |  |
| 4121987373906 1 | 900 |  |  |  |  |  |  |  |  |  |  | 900 |  |  |
| 4121987373903 8 | 500 | 500 |  |  |  |  |  |  |  |  |  |  |  |  |
| 4121987373902 0 | 1800 |  | 1800 |  |  |  |  |  |  |  |  |  |  |  |
| 041220579261319 | 1900 |  | 1900 |  |  |  |  |  |  |  |  |  |  |  |
| 4122057951302 4 | 1900 |  |  |  |  |  | 1900 |  |  |  |  |  |  |  |
| 041-220-579-999-872 | 400 |  |  |  |  |  |  |  |  | 400 |  |  |  |  |
| 041-220-581-874-281 | 1000 |  |  |  |  |  |  |  |  |  |  | 1000 |  |  |
| 041-220-581-873-226 | 1000 |  |  |  |  |  |  |  |  |  |  | 1000 |  |  |
| 041-220-581-873-481 | 1800 |  |  |  |  |  | 1800 |  |  |  |  |  |  |  |
|  | 25300 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 外州1 | 外州2 |  | 加州1 | 加州2 | 加州3 | 加州4 | 1 | 2 | 3 | 4 | 5 |  |  |
|  | 2700 |  |  |  |  |  |  |  |  |  |  | 2700 |  |  |
|  | 2000 |  |  |  |  | 2000 |  |  |  |  |  |  |  |  |
|  | 1000 |  |  |  |  |  | 1000 |  |  |  |  |  |  |  |
|  | 500 |  |  |  |  |  | 500 |  |  |  |  |  |  |  |
|  | 505 |  |  |  | 500 |  |  |  |  |  |  |  |  |  |
|  | -100 | -500 |  | -150 |  |  | 500 |  |  |  |  |  |  |  |
|  | 9660 | 19835 | 7352 | 11230 | 9810 | 41022 | 16590 | 4915 |  | 6505 | 3805 | 18120 |  | 148844 |
| 6705 | 9646 | 19778 | 7353 | 11215 | 9682 | 40765 | 16653 | 4894 |  | 6444 | 3693 | 17026 | 977 | 148105 |
|  |  |  |  |  |  |  |  |  |  |  |  | 700 |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  | 277 |  |  |

7_23.xlsx

Exhibit 3
Page 3 of 3

USAO-CPB00009578

# TRIAL EXHIBIT 4

CHONG_0244



Exhibit 4
Page 1 of 1

USAO-CPB00009580
USAO-CPB00037018

# TRIAL EXHIBIT 5

CHONG_0245



Spent all



Exhibit 5
Page 1 of 1

USAO-CPB00009581
USAO-CPB00037019

# TRIAL EXHIBIT 6E

## Target Gift Card 041220543070119

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2019-07-23T16:37:34.000+00:00 | P | 1900 | 1900 | 9204 | 2301 | 71 | 7070 |
| 2 | 2019-07-23T16:06:10.000+00:00 | R | 1900 | 0 | 9204 | 3991 | 7777 | 3767 |
| 3 | 2019-07-23T16:06:10.000+00:00 | FC | 0 | 0 | 9204 | 3991 | 7777 | 3767 |

## Target Gift Card 041220297625001

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2019-07-12T19:57:58.000+00:00 | P | 5 | 5 | 9193 | 184 | 160 | 2029 |
| 2 | 2019-07-20T14:50:10.000+00:00 | I | 500 | 505 | 9201 | 3991 | 7777 | 7475 |
| 3 | 2019-07-20T14:50:18.000+00:00 | I | 500 | 1005 | 9201 | 3991 | 7777 | 8257 |
| 4 | 2019-07-20T13:06:10.000+00:00 | R | 1005 | 0 | 9201 | 1906 | 113 | 9108 |
| 5 | 2019-07-23T16:06:10.000+00:00 | I | 1900 | 1900 | 9204 | 3991 | 7777 | 3767 |
| 6 | 2019-07-23T15:07:21.000+00:00 | R | 424.81 | 1475.19 | 9204 | 1329 | 112 | 7979 |
| 7 | 2019-07-23T15:26:34.000+00:00 | R | 785.59 | 689.6 | 9204 | 230 | 112 | 354 |
| 8 | 2019-07-23T15:33:10.000+00:00 | R | 323.34 | 366.26 | 9204 | 230 | 113 | 9570 |
| 9 | 2019-07-23T15:33:45.000+00:00 | R | 323.23 | 43.03 | 9204 | 230 | 71 | 9101 |
| 10 | 2019-07-23T15:50:49.000+00:00 | R | 43.03 | 0 | 9204 | 2280 | 111 | 206 |
| 11 | 2019-07-25T18:26:17.000+00:00 | I | 800 | 800 | 9206 | 3991 | 7777 | 9100 |
| 12 | 2019-07-25T18:26:25.000+00:00 | I | 450 | 1250 | 9206 | 3991 | 7777 | 2912 |
| 13 | 2019-07-25T17:13:39.000+00:00 | R | 16.76 | 1233.24 | 9206 | 1238 | 113 | 8155 |
| 14 | 2019-07-25T17:14:48.000+00:00 | R | 571.01 | 662.23 | 9206 | 1238 | 113 | 8156 |
| 15 | 2019-07-25T17:19:13.000+00:00 | R | 662.23 | 0 | 9206 | 1238 | 113 | 8158 |

Exhibit 6E
Page 1 of 1

# TRIAL EXHIBIT 11

CHONG_0068



1.  [Beginning not translated] u-Disk Fei

2.  [Not translated]

3.  [Not translated]

Exhibit 11
Page 1 of 1

USAO-CPB00036842

# TRIAL EXHIBIT 12

CHONG_0134



1. Still have money there?

2. [Image not translated]

3. (Audio): I am urging them, urging them.  Hold on. I am urging

4. Fast cards

5. 1000 of them, want them?

6. Yes

7. [Image not translated]

8. @U-disk  How long to spend them?

Exhibit 12
Page 1 of 10

USAO-CPB00036908

CHONG_0135



1.  @U-disk  How long to spend them?

2.  Half an hour

3.  Good

4.  Fast cards, need 2000

5.  I am urging

6.  Hold on.

7.  [Not translated]

8.  30 minute cards

9.  [Image not translated]

Exhibit 12
Page 2 of 10

USAO-CPB00036909

CHONG_0136



1.  [Not translated]

2.  Two hour cards

3.  [ok]

    You withdrew a message

4.  (Audio): The half hour one, the money disappeared.  I am at the register trying to check out and the money is gone.  This is not half an hour yet.

5.  OK.  Hold on.

6.  Let me check

Exhibit 12
Page 3 of 10

USAO-CPB00036910

CHONG_0137



1. [Not translated]

2. Half an hour fast card

3. [Image not translated]

4. This one, 900. Fast buy [emoji]

5. [Image not translated]

6. OK

Exhibit 12
Page 4 of 10

USAO-CPB00036911

CHONG_0138



1.  [Image not translated]

2.  [OK]

3.  [Image not translated]

4.  [Image not translated]

5.  I still have a 500 that hasn't been used up yet

6.  This trash, later get the refund then buy again.

Exhibit 12
Page 5 of 10

USAO-CPB00036912

CHONG_0139



1. This trash, later get the refund then buy again.

2. [OK]

3. @ Xi Wang  What's are the ending numbers

4. 1566

5. The 500 of 1566 needs to hurry up

6. Spend all in this store

7. [OK]

8. Don't buy the [airpods] if cannot compare prices

9. Or take them to other stores to compare

10. (Audio):  I already compared the prices.  I didn't take pictures for the comparison.  Because the counter doesn't have the price comparison, so I went to services to compare the prices.

11. OK, OK

Exhibit 12
Page 6 of 10

USAO-CPB00036913

CHONG_0140



1. Which 500?

2. 1566

3. Give me the screen capture

4. [Image not translated]

5. The time is already up for that one

6. [emoji]

7. (Audio): Time should be sufficient. When I was checking out, the money was done.  When it was scanned, the money was gone. We got stuck here.

8. [Image not translated]

Exhibit 12
Page 7 of 10

USAO-CPB00036914

CHONG_0141



1.  [Image not translated]

2.  It's already passed two hours

3.  No other way. Card was given at 10:49

4.  No more?

5.  [Not translated]

Exhibit 12
Page 8 of 10

USAO-CPB00036915

CHONG_0142



1.  [Not translated]

2.  [Not translated]

3.  Continue first then

4.  Remember to take screen captures

5.  [Image not translated]

6.  Add one first

7.  [Image not translated]

Exhibit 12
Page 9 of 10

USAO-CPB00036916

CHONG_0143



1. Verify them. There are two or three that can't add up

2. [OK]

3. Just three, right?

4. Right

5. The time period for these cards?

6. Regular cards

7. Two hours

8. [Image not translated]

Exhibit 12
Page 10 of 10

USAO-CPB00036917