# TRIAL EXHIBIT 13



# ⊙ TARGET

EXPECT MORE. PAY LESS.

DIAMOND BAR - 909-610-2149
09/17/2019     01:06 PM

ENTERTAINMENT-ELECTRONICS
057100162     APPLE HEADPH    T    $144.95
              #SGFFZC6ASLX2Y
              Regular Price $159.99
              RETURN BY 10/02/19
057100163     APPLE HEADPH    T    $169.95
              #SCC5Z7SWJJMMT
              Regular Price $199.99
              RETURN BY 10/02/19
057102783     APPLE          T    $469.00
              #SF9FYLBVVLMPD
              Regular Price $499.99
              RETURN BY 10/02/19
207290019     NINTENDO SWI   T    $299.99
              #XKW10010874546
              RETURN BY 10/17/19
207290020     NINTENDO SWI   T    $299.99
              #XKW10011566969
              RETURN BY 10/17/19

                    SUBTOTAL   $1383.88
          PLASTIC BAG FEE (2)      $0.20
T = CA TAX  9.5000% on $1383.88  $131.47

                       TOTAL   $1515.55
*8532 GIFT CARD PAYMENT        $500.00
*8526 GIFT CARD PAYMENT        $500.00
*8513 GIFT CARD PAYMENT        $500.00
*8069 GIFT CARD PAYMENT         $15.55
*8532 GIFT CARD BALANCE          $0.00
*8526 GIFT CARD BALANCE          $0.00
*8513 GIFT CARD BALANCE          $0.00
*8069 GIFT CARD BALANCE        $361.20

         Fee may not be refundable

REC#2-9260-2179-0113-4239-2 VCD#752-216-925

NOTICE:  Some furniture products can
expose you to chemicals known to the
State of California to cause cancer,
birth defects or other reproductive harm
Please check on-product label for
warning information.

------------------------------------------

Help make your Target Run better.
Take a 2 minute survey about today's trip:
informtarget.com
User ID:  7073 9782 1988
Password:

Exhibit 13
Page 1 of 1

USAO-CPB00036183

# TRIAL EXHIBIT 14E

Target Gift Card 041220595485132

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2019-09-17T14:38:39.000+00:00 | P | 500 | 500 | 9260 | 2649 | 83 | 956 |
| 2 | 2019-09-17T13:09:28.000+00:00 | R | 500 | 0 | 9260 | 2179 | 113 | 4239 |

Target Gift Card 041220595485264

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2019-09-17T14:37:45.000+00:00 | P | 500 | 500 | 9260 | 2649 | 83 | 956 |
| 2 | 2019-09-17T13:09:27.000+00:00 | R | 500 | 0 | 9260 | 2179 | 113 | 4239 |

Target Gift Card 041220595485322

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2019-09-17T14:37:37.000+00:00 | P | 500 | 500 | 9260 | 2649 | 83 | 956 |
| 2 | 2019-09-17T13:09:27.000+00:00 | R | 500 | 0 | 9260 | 2179 | 113 | 4239 |

# TRIAL EXHIBIT 15

STATE OF CALIFORNIA
(Rev. 07/2018)

DEPARTMENT OF JUSTICE

## DETENTION CERTIFICATE

**Penal Code section 849 provides:**

(a)   When an arrest is made without a warrant by a peace officer or private person, the person arrested, if not otherwise released, shall, without unnecessary delay, be taken before the nearest or most accessible magistrate in the county in which the offense is triable, and a complaint stating the charge against the arrested person shall be laid before the magistrate.

(b)   A peace officer may release from custody, instead of taking the person before a magistrate, a person arrested without a warrant in the following circumstances:

   (1)   The officer is satisfied that there are insufficient grounds for making a criminal complaint against the person arrested.

   (2)   The person arrested was arrested for intoxication only, and no further proceedings are desirable.

   (3)   The person was arrested only for being under the influence of a controlled substance or drug and the person is delivered to a facility or hospital for treatment and no further proceedings are desirable.

   (4)   The person arrested was arrested for driving under the influence of alcohol or drugs and the person is delivered to a hospital for medical treatment that prohibits immediate delivery before a magistrate.

(c)   The record of arrest of a person released pursuant to paragraphs (1) and (3) of subdivision (b) shall include a record of release.  Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code section 849.5 provides:**

In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, any record of arrest of the person shall include a record of release.  Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code section 851.6 provides, in part:**

(a)   In any case in which a person is arrested and released pursuant to paragraph (1) or (3) of subdivision (b) of Section 849, the person shall be issued a certificate, signed by the releasing officer or his superior officer, describing the action as a detention.

(b)   In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, the person shall be issued a certificate by the law enforcement agency which arrested him describing the action as a detention.

As required by Penal Code section 851.6, I hereby certify that the taking into custody of

___FU, YAN___   on ___09/17/2019___   by the
   Subject's Name                     Date

___Brea Police Department___   was a detention only, not an arrest.
   Name of Agency Taking Custody

___FU, YAN___   was released on ___09/17/2019___
   Subject's Name                                Date

by the ___Brea Police Department___
          Name of Releasing Agency

___[signature]___          BRANDON S. SCHMIDT
   Signature                    Printed Name

___1664___          POLICE OFFICER
   Badge or Identification Number          Title

Ref. USAO-CPB00009626

Exhibit 15
Page 1 of 1

# TRIAL EXHIBIT 16

**HU – BAI CHAT THREAD FROM HU'S SEIZED PHONE**
**HU SENDS TO BAI 9/18/2019:**
YAN FU BREA DETENTION CERTIFICATE





Exhibit 16
Page 1 of 1

USAO-CPB00037064

# TRIAL EXHIBIT 18R



**Supplemental Narrative 04/04/2020 15:37:43   ROBERT HAEFNER**



D███L███ reported to Target that she the victim of a scam and purchased Target gift cards. The Target gift cards she purchased related to this case are listed below:

041-220-595-485-322 - $500
041-220-595-485-264 - $500



041-220-595-485-132 - $500

The gift cards 8532 8526 and 8513 (all belonging to L⬛⬛⬛) had $500 each on them

USAO-CPB00009657

# TRIAL EXHIBIT 21



# TARGET GIFTCARD ™

Redeemable for merchandise or services (other than gift cards and prepaid cards) at Target stores in the U.S. or Target.com, and cannot be redeemed for cash or credit except where required by law. **No value until purchased.** For balance information, visit Target.com/checkbalance or call 1-800-544-2943. To replace the remaining value on a lost, stolen or damaged card with the original purchase receipt, call 1-800-544-2943. ©2019 Target Brands, Inc. The Bullseye Design and Target are registered trademarks of Target Brands, Inc. C0009110201GA

**No fees. No expiration. No kidding.™**
Keep gift card for receipt lookups and reloads.

Card # 041-221-539-608-045

Access # 4891 4145.

Seq # 960804

Event # 0-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-4

1119 4166

USAO-CPB00036388

Exhibit 21
Page 1 of 1

# TRIAL EXHIBIT 23



Exhibit 23
Page 1 of 1

USAO-CPB00036127

# TRIAL EXHIBIT 24

HUANG_0015



Exhibit 24
Page 1 of 5

USAO-CPB00037067

HUANG_0016



Exhibit 24
Page 2 of 5

USAO-CPB00037068

HUANG_0017



Exhibit 24
Page 3 of 5

USAO-CPB00037069

HUANG_0018



Exhibit 24
Page 4 of 5

USAO-CPB00037070

HUANG_0019



Exhibit 24
Page 5 of 5

USAO-CPB00037071