# TRIAL EXHIBIT 26

CHONG_0168



1.  Are you sleeping?

2.  Not yet

3.  What happened?

4.  Second Sister will appear in court Friday

5.  With physical cards of 17000 on her

6.  That fast?

7.  Fuck

8.  What's the charge against her?

9.  Anything from you for the 17000?

[Not translated]

Exhibit 26
Page 1 of 5

USAO-CPB00036942

CHONG_0169



[Not translated]

1.  [Image next page]

2.  How do I tell Nao Nao?

3.  I will just tell him that someone got investigated again, but not your people, and you heard it from others. Maybe the work will stop again. You are annoyed at this

4.  You should be able to muddle it through

5.  [emoji]

6.  Thanks

Exhibit 26
Page 2 of 5

USAO-CPB00036943

CHONG_0170



[emoji] Yue Xiao Nao [emoji]

1. [OKOK]

   December 13, 2019 6:23 pm

2. Thanks!

   3:37am

3. Brother Ran

4. Are you there?

5. Yes

6. Are you OK with Bowen?

7. What happened to him?

8. Any urgent matters in business?

9. He is very annoyed and doesn't want to talk. I also want to know what happened…… Tell me, quickly [b]

10. Is having a voice chat convenient? I feel I cannot explain well by typing

Exhibit 26
Page 3 of 5

USAO-CPB00036944

CHONG_0171



1. Thanks

2. See what's the arrangement for tomorrow

3. [OK] It's OK.

4. [tt] can still be done in the future.

5. I feel this is just a small diversion

6. It should be

7. But have to maintain a low profile

8. The foreigners did it for more than a decade

9. Big Sisters, they are showing off too much

10. It's OK.

11. The shops that we partner with also have to maintain a low profile

12. That is, not to depend on it to be super wealthy, as long as it can satisfy with our basic needs

Exhibit 26
Page 4 of 5

USAO-CPB00036945

CHONG_0172



1. But have to maintain a low profile

2. The foreigners did it for more than a decade

3. Big Sisters, they are showing off too much

4. It's OK.

5. The shops that we partner with also have to maintain a low profile

6. That is, not to depend on it to be super wealthy, as long as it can satisfy with our basic needs

7. If not, showing off too much will cause troubles

8. That's right

9. I will sleep now

10. Please sleep early

11. Ok. Rest early

Exhibit 26
Page 5 of 5

USAO-CPB00036946

# TRIAL EXHIBIT 32E

Target Gift Card 041221623842229

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-02-13T17:24:00.000+00:00 | P | 500 | 500 | 0044 | 1417 | 124 | 3540 |
| 2 | 2020-02-13T18:34:54.000+00:00 | R | 500 | 0 | 0044 | 2482 | 173 | 3200 |

Target Gift Card 041221644818026

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-02-13T17:23:49.000+00:00 | P | 500 | 500 | 0044 | 1417 | 124 | 3540 |
| 2 | 2020-02-13T18:04:52.000+00:00 | R | 216.44 | 283.56 | 0044 | 2397 | 111 | 9433 |
| 3 | 2020-02-13T18:34:54.000+00:00 | R | 282.88 | 0.68 | 0044 | 2482 | 173 | 3200 |
| 4 | 2020-02-20T10:00:16.000+00:00 | R | 0.68 | 0 | 0051 | 912 | 112 | 9666 |

Exhibit 32E
Page 1 of 1

# TRIAL EXHIBIT 33

0044-1417-0124-3540



Blackstone and Bullard - 559-431-8622
5740 N Blackstone Ave
Fresno, California 93710-5006
02/13/2020 07:23 PM



**MISC**

| 790014168 GIFT CARDS | N | $500.00 |
|---|---|---|
| #041221644818026 | | |
| 790012593 GIFT CARDS | N | $500.00 |
| #041221623842229 | | |

| | | |
|---|---|---|
| SUBTOTAL | $1000.00 | |
| NO TAX | $0.00 | |
| TOTAL | $1000.00 | |
| VISA CHARGE | $1000.00 | |

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

NOTICE: Some furniture products can expose
you to chemicals known to the State of
California to cause cancer, birth defects or
other reproductive harm. Please check on-
product label for warning information

--------------------------------

REC#2-0044-1417-0124-3540-3 VCD#752-
259-825
--------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

**informtarget.com**
**User ID: 7995 5858 3987**

Exhibit 33
Page 1 of 1

USAO-CPB00036295

# TRIAL EXHIBIT 34

Cards ending 229 026 (W. ▮▮▮ – February 13, 2020
Magic Lamp group sends to BAI, HU and SHI

HU's seized phone

SHI's seized phone



BAI on this thread

Exhibit 34
Page 1 of 1

# TRIAL EXHIBIT 35

HUANG_0002

Cards ending 229 026 (W. ███ ) – February 13, 2020
HU sends to FU (SHI not on this thread)

HU's seized phone





FU's seized phone



Exhibit 35
Page 1 of 1

USAO-CPB00037054

# TRIAL EXHIBIT 36

0044-2397-0111-9433



La Habra - 714-459-6034
1000 W Imperial Hwy
La Habra, California 90631-6901
02/13/2020 08:04 PM



**ENTERTAINMENT-
ELECTRONICS**

057100132 SMART WATCH   T      $199.99

#SGJ9C26JXJ5X0

Return by
02/29/2020

SUBTOTAL        $199.99

T = CA TAX 8.25000 on
$199.99                     $16.50

TOTAL      $216.49

*8026 GIFT CARD PAYMENT   $216.44

Reusable Bag Discount       $0.05

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

NOTICE: Some furniture products can expose
you to chemicals known to the State of
California to cause cancer, birth defects or
other reproductive harm. Please check on-
product label for warning information

-------------------------------

REC#2-0044-2397-0111-9433-5 VCD#751-
780-638
-------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

**informtarget.com**

Exhibit 36      SOURCE      USAO-CPB00036292
Page 1 of 1

# TRIAL EXHIBIT 37

0044-2482-0173-3200



Brea - 714-989-5013
855 E Birch St
Brea, California 92821-5769
02/13/2020 08:34 PM



| 284030048 SIMPLYPOTATO | N | $1.89 |
| 284111775 LAUGHING COW | N | $2.99 |
| 790012324 GIFT CARDS | N | $455.00 |
| #041221197852505 | | |
| 790012324 GIFT CARDS | N | $323.00 |
| #041220452526960 | | |

| | SUBTOTAL | $782.88 |
| | NO TAX | $0.00 |
| | TOTAL | $782.88 |
| *2229 GIFT CARD PAYMENT | | $500.00 |
| *8026 GIFT CARD PAYMENT | | $282.88 |

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

NOTICE: Some furniture products can expose
you to chemicals known to the State of
California to cause cancer, birth defects or
other reproductive harm. Please check on-
product label for warning information

------------------------------

REC#2-0044-2482-0173-3200-4 VCD#756-
781-734

SOURCE                USAO-CPB00036300

Exhibit 37
Page 1 of 1

# TRIAL EXHIBIT 38

## TARGET CORPORATION:

## PURCHASE OF CARDS ENDING 026 AND 229 BY W▮▮▮▮▮▮▮



| | A | E | F | K | N | P | Q | S | T | AD |
|---|---|---|---|---|---|---|---|---|---|---|
| | channe | txn dat | start time l | serial number | txn us | store nun | location name | store city | store stati | CC Cardholder Name |
| 73 | STORE | 2020-02-13 | 17:23:38 | 041221644818026 | 500 | 1417 | Blackstone and Bullard | Fresno | CA | W▮▮▮▮▮ |
| 74 | STORE | 2020-02-13 | 17:23:38 | 041221623842229 | 500 | 1417 | Blackstone and Bullard | Fresno | CA | ▮▮▮▮▮ |

041221644818026
041221623842229

Exhibit 38
Page 1 of 1

# TRIAL EXHIBIT 40



SOURCE
USAO-CPB00009594

Exhibit 40
Page 1 of 1

# TRIAL EXHIBIT 42

HUANG_0003



Cards ending 960 620 (K. K█████) – June 15, 2020
Magic Lamp Group Sends to BAI, HU and SHI

BAI's seized phone

HU's seized phone

SHI's seized phone

Exhibit 42
Page 1 of 1

USAO-CPB00037055

# TRIAL EXHIBIT 43

HUANG_0004



Cards ending 960 620 (K. K_____) – June 15, 2020
HU sends to FU (SHI on this thread)

HU's seized phone

SHI's seized phone

FU's seized phone

Exhibit 43
Page 1 of 1

USAO-CPB00037056

# TRIAL EXHIBIT 44S

Summary of Surveillance Locations
Yan Fu on June 15, 2020

| Approximate Time | Location Address | Location Type |
|---|---|---|
| 9:46am | 5095 Buckwheat St., Chino Hills, CA | residence |
| 10:05am | 3944 Grand Ave., Chino Hills, CA | Target |
| 12:22pm | 747 Grand Ave., Diamond Bar, CA | Target |
| 12:49pm | 855 E. Birch St., Brea, CA | Target |
| 1:08pm | 1000 W. Imperial Hwy, La Habra, CA | Target |
| 1:43pm | 200 W. Orangethorpe Ave., Fullerton, CA | Target |
| 2:07pm | 2222 E. Lincoln Ave., Anaheim, CA | Target |
| 2:50pm | 1330 17th St., Santa Ana, CA | Target |
| 3:15pm | 4255 Campus Dr., Irvine, CA | Target |
| 3:58pm | 3021 Michelson Dr., Irvine, CA | parking structure |
| 4:24pm | 4225 Campus Dr., Irvine, CA | Trader Joe's |
| 5:00pm | 4255 Campus Dr., Irvine, CA | Target |
| 5:24pm | 3750 Barranca Pkwy, Irvine, CA | Target |
| 5:45pm | 27551 Puerta Real, Mission Viejo, CA | Target |
| 6:14pm | 26932 La Paz Rd., Alisa Viejo, CA | Target |
| 6:48pm | 24500 Alicia Pkwy, Mission Viejo, CA | Target |
| 7:22pm | 25601 Jeronimo Rd., Mission Viejo, CA | Target |
| 7:47pm | 13200 Jamboree Rd., Irvine, CA | Target |
| 8:25pm | 8148 E. Santa Ana Canyon Rd., Anaheim, CA | Target |

USAO-CPB00037762