# TRIAL EXHIBIT 46

0167-0912-0112-9616



Chino Hills Grand Avenue - 909-465-5804
3944 Grand Ave
Chino, California 91710-5422
06/15/2020 02:05 PM



**ENTERTAINMENT-
ELECTRONICS**

| 057100429 Apple | T | $799.99 |
| #SDMPCQYKDPTRF | | |
| Return by 06/30/2020 | | |

| | SUBTOTAL | $799.99 |
| T = CA TAX 7.75000 on $799.99 | | $62.00 |
| | TOTAL | $861.99 |
| *3960 GIFT CARD PAYMENT | | $500.00 |
| *4620 GIFT CARD PAYMENT | | $361.99 |

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

NOTICE: Some furniture products can expose
you to chemicals known to the State of
California to cause cancer, birth defects or
other reproductive harm. Please check on-
product label for warning information

--------------------------------

REC#2-0167-0912-0112-9616-0 VCD#755-

Exhibit 46        SOURCE    USAO-CPB00036300
Page 1 of 1

# TRIAL EXHIBIT 47E

Target Gift Card 041221550583960

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-06-15T13:51:59.000+00:00 | MI | 500 | 0 | 0167 | 835 | 77 | 4116 |
| 2 | 2020-06-15T13:52:35.000+00:00 | P | 500 | 500 | 0167 | 835 | 77 | 4117 |
| 3 | 2020-06-15T12:05:32.000+00:00 | R | 500 | 0 | 0167 | 912 | 112 | 9616 |

Target Gift Card 041221550584620

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-06-15T13:51:53.000+00:00 | MI | 500 | 0 | 0167 | 835 | 77 | 4116 |
| 2 | 2020-06-15T13:52:35.000+00:00 | P | 500 | 500 | 0167 | 835 | 77 | 4117 |
| 3 | 2020-06-15T12:05:32.000+00:00 | R | 361.99 | 138.01 | 0167 | 912 | 112 | 9616 |
| 4 | 2020-06-15T12:24:58.000+00:00 | VR | 138.01 | 0 | 0167 | 2179 | 113 | 2865 |
| 5 | 2020-06-15T12:24:58.000+00:00 | R | 138 | 0.01 | 0167 | 2179 | 113 | 2865 |

# TRIAL EXHIBIT 54E

Target Gift Card 041220769561577

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-06-30T23:47:25.000+00:00 | P | 500 | 500 | 0182 | 3998 | 8888 | 7777 |
| 2 | 2020-06-30T19:59:55.000+00:00 | FC | 500 | 0 | 0182 | 3991 | 0 | 0 |
| 3 | 2020-06-30T18:10:41.000+00:00 | PR | 104.72 | 0 | 0182 | 1238 | 112 | 2065 |
| 4 | 2020-06-30T00:00:00.000+00:00 | R | 0 | 0 | 0182 | 1238 | 112 | 2065 |
| 5 | 2020-06-30T00:00:00.000+00:00 | SI | 0 | 0 | 0182 | 1238 | 112 | 2065 |

Exhibit 54E
Page 1 of 1

# TRIAL EXHIBIT 60

TE



Exhibit 60
Page 1 of 2

USAO-CPB00036345

**Jan Rexan Portallo** 

case# : 89125150
gift card #'s :
041222222361462 R
041222052551000 R
041222052551026 FC to 041221556000654
041222222361470 R
Issue: Gst called in he was a victim of the scammed
Res.
- checked on the base24 there were 3 gift cards have been used today 11/10/20, the last one was combined to 04122155600654
- advise the gst give us call back tom. from 7am-8pCT to transfer to GCT for further assitance
- provided a case#

**Created Date:** Tuesday, Nov 10, 2020, 6:59:17 PM
**Modified Date:** Tuesday, Nov 10, 2020, 6:59:17 PM

**Jan Rexan Portallo**

Incoming Phone Number: 915 ▉

**Created Date:** Tuesday, Nov 10, 2020, 6:44:41 PM
**Modified Date:** Tuesday, Nov 10, 2020, 6:44:41 PM



Exhibit 60
Page 2 of 2

USAO-CPB00036346

# TRIAL EXHIBIT 61

0315241901110278



Houston Eldridge Pkwy - 281-810-5251
2700 Eldridge Pkwy
Houston, Texas 77082-6870
11/10/2020 04:20 PM

**ENTERTAINMENT-
ELECTRONICS**

| 057105131 Apple Watch | T | $429.99 |
|---|---|---|

#SGY6DLHEEQ1RP

Return by
01/10/2021

| 008072151 BOSE | T | $379.00 |
|---|---|---|

#080981Y93103113AE

Return by
01/25/2021

| 008072430 BOSE | T | $379.00 |
|---|---|---|

#079616Y91772990AE

Return by
01/25/2021

| 008079599 BOSE | T | $379.00 |
|---|---|---|

#078702Y93102326AE

Return by
01/25/2021

| SUBTOTAL | $1566.99 |
|---|---|
| T = TX TAX 8.25000 on $1566.99 | $129.28 |
| TOTAL | $1696.27 |

*7779 GIFT CARD PAYMENT   $500.00

*6398 GIFT CARD PAYMENT   $500.00

*1470 GIFT CARD PAYMENT   $500.00

*7839 GIFT CARD PAYMENT   $196.27

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

REC#2-0315-2419-0111-0278-9 VCD#752-
784-222

Exhibit 61
Page 1 of 1

USAO-CPB00036286

# TRIAL EXHIBIT 62

0316-0075-0123-0506



Houston Westchase - 713-782-9950
10801 Westheimer Rd
Houston, Texas 77042-3201
11/11/2020 03:28 PM



RETURN

ORIG RCPT ID# 2-0315-2419-0111-0278-9

| 008079599 | BOSE | N | $379.00- |
| | #078702Y93102326AE | | |
| 057105131 | Apple Watch | N | $429.99- |
| | #SGY6DLHEEQ1RP | | |
| 008072430 | BOSE | N | $379.00- |
| | #079616Y91772990AE | | |
| 008072151 | BOSE | N | $379.00- |
| | #08D981Y93103113AE | | |

SUBTOTAL   $1696.27-
NO TAX   $0.00

TOTAL REFUND $1696.27-
GIFT CARD CREDIT $1000.00-
GIFT CARD CREDIT  $696.27-

YOUR REFUND REFLECTS THE AMOUNT PAID
FOR THE GIVEN ITEM(S) AFTER ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

REC # 2-0316-0075-0123-0506-8

-----------------------------------

Help make your Target Run better.
Take a 2 minute survey about today's trip

**informtarget.com**
**User ID: 7968 3992 5987**
**Password: 694 932**

CUÉNTENOS EN ESPAÑOL

Please take this survey within 7 days

Exhibit 62 SOURCE
Page 1 of 1

USAO-CPB00036296

# TRIAL EXHIBIT 63

0316007501230506

## Receipt Viewer Receipt

**\*\*This section of Receipt Viewer is not current, and no further updates will be made as it is being deprecated\*\***

🖨 PRINT

T0075  Houston Westchase
Houston, TX

2020-11-11 15:28:40

### RETURN

ORIG RCPT ID# 0315-2419-0111-0278

| | | |
|---|---|---|
| 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 | BOSE | $ -379.00 |
| | SN: 078702Y93102326AE | |
| 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 | Apple Watch | $ -429.99 |
| | SN: SGY6DLHEEQ1RP | |
| 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 | BOSE | $ -379.00 |
| | SN: 079616Y91772990AE | |
| 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 | BOSE | $ -379.00 |
| | SN: 080981Y93103113AE | |
| | SUBTOTAL | $ -1566.99 |
| | T1=TAX 8.250 % on $ -1566.99 | $ -129.28 |
| | TOTAL REFUND | $ -1696.27 |
| | * 4995 TARGETGIFTCARD PAYMENT | $ -1000.00 |
| | CEDS# 041221766224995 | |
| | * 4987 TARGETGIFTCARD PAYMENT | $ -696.27 |
| | CEDS# 041221766224987 | |

RECEIPT ID# 0316-0075-0123-0506

Exhibit 63
Page 1 of 1

USAO-CPB00036282

# TRIAL EXHIBIT 64

| Row Number | tender_payment_id | giftcard_type_c | giftcard_type_text | dpci | department_id | class_id | item_id | giftcard_tcin | activity_client_system_name | status_c | status_code_text | original_purchase_a | current_balance | activity_reason_c |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | 0412221766224987 | PGC | Physical Gift Card | 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 | 790 | 1 | 2324 | 2324 | POS | R | Redeemed | 696.27 | 0 | 0 |
| 90 | 0412221766224987 | PGC | Physical Gift Card | 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 | 790 | 1 | 2324 | 2324 | POS | R | Redeemed | 696.27 | 0 | 0 |
| 91 | 0412221766224987 | PGC | Physical Gift Card | 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 | 790 | 1 | 2324 | 2324 | POS | R | Redeemed | 696.27 | 0 | 0 |
| 92 | 0412221766224987 | PGC | Physical Gift Card | 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 | 790 | 1 | 2324 | 2324 | COM | R | Redeemed | 696.27 | 0 | 0 |
| 93 | 0412221766224987 | PGC | Physical Gift Card | 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 | 790 | 1 | 2324 | 2324 | COM | R | Redeemed | 696.27 | 0 | 0 |
| 94 | 0412221766224987 | PGC | Physical Gift Card | 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 | 790 | 1 | 2324 | 2324 | COM | R | Redeemed | 696.27 | 0 | 0 |
| 97 | 04122222361470 | PGC | Physical Gift Card | 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 | 790 | 1 | 1984 | 1984 | POS | R | Redeemed | 500 | 0 | 0 |
| 98 | 04122222361470 | PGC | Physical Gift Card | 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 | 790 | 1 | 1984 | 1984 | BHN | R | Redeemed | 500 | 0 | 0 |

| activity_reason_text | balance_increase_type_c | original_purchase_d | last_used_d | last_fee_applied_d | activity_updated_by_user_id | giftcard_delayed_load_activation_d | activity_vendor_id | activity_vendor_text |
|---|---|---|---|---|---|---|---|---|
| Store Normal Redemption | P | 2020-11-11T00:00:00.000+00:00 | 2020-12-15T00:00:00.000+00:00 | | SVDAS88 | | null | |
| Store Normal Redemption | | 2020-11-11T00:00:00.000+00:00 | 2020-12-15T00:00:00.000+00:00 | | SVDAS88 | | null | |
| Store Normal Redemption | | 2020-11-11T00:00:00.000+00:00 | 2020-12-15T00:00:00.000+00:00 | | SVDAS88 | | null | |
| Digital Redemption | | 2020-11-11T00:00:00.000+00:00 | 2020-12-15T00:00:00.000+00:00 | | SVDAS88 | | | |
| Digital Redemption | | 2020-11-11T00:00:00.000+00:00 | 2020-12-15T00:00:00.000+00:00 | | SVDAS88 | | null | |
| Digital Redemption | | 2020-11-11T00:00:00.000+00:00 | 2020-12-15T00:00:00.000+00:00 | | SVDAS88 | | null | |
| Store Normal Redemption | | 2020-11-10T00:00:00.000+00:00 | 2020-11-10T00:00:00.000+00:00 | | SVTC65 | | 60300004241 | ALBERTSONS - SOUTHWEST_16 |
| | P | 2020-11-10T00:00:00.000+00:00 | 2020-11-10T00:00:00.000+00:00 | | SVTC65 | | 60300004241 | ALBERTSONS - SOUTHWEST_16 |

| vendor_transaction_store_id | vendor_transaction_register_id | vendor_transaction_number | delay_load_status_c | location_id | activity_client_company_c | activity_status_c | activity_status_text | activity_id | activity_applied_a | post_activity_giftcard_available_a |
|---|---|---|---|---|---|---|---|---|---|---|
| null | null | null | | 75 | 4 | P | Purchase | 1 | 696.27 | 696.27 |
| null | null | null | | 290 | 4 | R | Redemption | 4 | 304.31 | 391.96 |
| null | null | null | | 3336 | 4 | R | Redemption | 6 | 330.74 | 61.22 |
| null | null | null | | 3991 | 9 | MR | Void Pending Redemption | 7 | 61.22 | 0 |
| null | null | null | | 3991 | 9 | MR | Void Pending Redemption | 8 | 61.22 | 0 |
| null | null | null | | 3991 | 9 | R | Redemption | 9 | 61.22 | 0 |
| | 2994 | 2 | 63403352 | 2419 | 4 | R | Redemption | 2 | 500 | 0 |
| | 2994 | 2 | 63403352 | 3998 | 8 | P | Purchase | 1 | 500 | 500 |

| transaction_register_id | transaction_number | transaction_id_ts | register_transaction_sequence_id | transaction_entry_mode | transaction_entry_mode_text | operator_id | customer_order_number | ship_advice_number | business_to_business_order_number |
|---|---|---|---|---|---|---|---|---|---|
| 123 | 506 | 2020-11-11T15:28:40.000+00:00 | | 0 | Scanned | 75424065 | | | |
| 113 | 9318 | 2020-12-06T09:38:08.000+00:00 | | 1 | Keyed | 65404345 | | | |
| 111 | 547 | 2020-12-06T10:22:58.000+00:00 | | 1 | Keyed | 75038950 | | | |
| 6801 | 7405 | 2020-12-09T12:42:24.000+00:00 | | 1 | Keyed | | | | |
| 419 | 1654 | 2020-12-15T08:38:00.000+00:00 | | 1 | Keyed | | | | |
| 726 | 2287 | 2020-12-15T08:38:13.000+00:00 | | 1 | Keyed | | | | |
| 111 | 278 | 2020-11-10T16:20:16.000+00:00 | | 1 | Keyed | 74918397 | | | |
| 8888 | 7777 | 2020-11-10T22:23:32.000+00:00 | | 1 | Keyed | null | | | |

| activity_error_c | activity_created_d | activity_created_by_user_id | activity_comment | giftcard_action_authorize_c | message_id | message_ct_ts | transaction_utc_ts | activity_update_utc_ts | activity_request_a |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 2020-11-11T15:30:14.000+00:00 | SVTC64 | null | DDWJB1025 | | | 2020-11-11T15:28:40.000+00:00 | 2020-11-11T15:30:14.000+00:00 | 696.27 |
| 0 | 2020-12-06T11:38:35.000+00:00 | SVTC65 | null | DDWJB1025 | | | 2020-12-06T09:38:08.000+00:00 | 2020-12-06T11:38:35.000+00:00 | 304.31 |
| 0 | 2020-12-06T12:23:33.000+00:00 | SVTC65 | null | DDWJB1025 | | | 2020-12-06T10:22:58.000+00:00 | 2020-12-06T12:23:33.000+00:00 | 330.74 |
| 0 | 2020-12-09T12:44:08.000+00:00 | SVTC66 | null | DDWJB1025 | | | 2020-12-09T12:42:24.000+00:00 | 2020-12-09T12:44:08.000+00:00 | 61.22 |
| 0 | 2020-12-15T08:38:12.000+00:00 | SVTC66 | null | DDWJB1025 | | | 2020-12-15T08:38:00.000+00:00 | 2020-12-15T08:38:12.000+00:00 | 61.22 |
| 0 | 2020-12-15T08:38:21.000+00:00 | SVDAS88 | null | DDWJB1025 | | | 2020-12-15T08:38:13.000+00:00 | 2020-12-15T08:38:21.000+00:00 | 61.22 |
| 11 | 2020-11-10T16:21:31.000+00:00 | SVTC65 | null | DDWJB1025 | | | 2020-11-10T16:20:16.000+00:00 | 2020-11-10T16:21:31.000+00:00 | 500 |
| 0 | 2020-11-10T15:23:52.000+00:00 | SVDAS24 | null | DDWJB1025 | | | 2020-11-10T22:23:32.000+00:00 | 2020-11-10T15:23:52.000+00:00 | 500 |

| | BD | BE | BF | BG | BH | BI | BJ |
|---|---|---|---|---|---|---|---|
| | post_activity_giftcard_balance | activity_liability_impact | message_source | giftcard_reference_id_number | legacy_transaction_id | change_ct_ts | activity_update_d |
| 90 | 696.27 | | | | 0316-0075-0123-0506 | 2022-02-28T20:48:13.000+00:00 | 11/11/2020 |
| 91 | 391.96 | | | | 0841-0290-0113-9318 | 2022-02-28T20:48:13.000+00:00 | 12/6/2020 |
| 92 | 61.22 | | | | 0841-3336-0111-0547 | 2022-02-28T20:48:13.000+00:00 | 12/6/2020 |
| 93 | 0 | | | | | 2022-02-28T20:48:13.000+00:00 | 12/9/2020 |
| 94 | 0 | | | | | 2022-02-28T20:48:13.000+00:00 | 12/15/2020 |
| 95 | 0 | | | | | 2022-02-28T20:48:13.000+00:00 | 12/15/2020 |
| 96 | 0 | | | | 0315-2419-0111-0278 | 2022-02-28T20:48:13.000+00:00 | 11/10/2020 |
| 99 | 500 | | | | | 2022-02-28T20:48:13.000+00:00 | 11/10/2020 |

USAO-CPB00036346.giftcard_activity_05262023

Exhibit 64
Page 2 of 2

# TRIAL EXHIBIT 64E

### Target Gift Card 041222222361470

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-11-10T22:23:32.000+00:00 | P | 500 | 500 | 0315 | 3998 | 8888 | 7777 |
| 2 | 2020-11-10T16:20:16.000+00:00 | R | 500 | 0 | 0315 | 2419 | 111 | 278 |

### Target Gift Card 041221766224987

| activity_id | transaction_lcl_ts | activity_status_c | activity_applied_a | post_activity_giftcard_available_a | Julian Day | location_id | transaction_register_id | transaction_number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2020-11-11T15:28:40.000+00:00 | P | 696.27 | 696.27 | 0316 | 75 | 123 | 506 |
| 4 | 2020-12-07T09:38:08.000+00:00 | R | 304.31 | 391.96 | 0341 | 290 | 113 | 9318 |
| 6 | 2020-12-06T10:22:58.000+00:00 | R | 330.74 | 61.22 | 0341 | 3336 | 111 | 547 |
| 7 | 2020-12-09T12:42:24.000+00:00 | MR | 61.22 | 0 | 0344 | 3991 | 6801 | 7405 |
| 8 | 2020-12-15T08:38:01.000+00:00 | MR | 61.22 | 0 | 0350 | 3991 | 419 | 1654 |
| 9 | 2020-12-15T08:38:13.000+00:00 | R | 61.22 | 0 | 0350 | 3991 | 726 | 2287 |

Exhibit 64E
Page 1 of 1

# TRIAL EXHIBIT 65

0341029001139318                    0341333601110547



Gardena - 310-327-0762
2169 W Redondo Beach Blvd
Gardena, California 90247-3625
12/06/2020 11:38 AM



**ENTERTAINMENT-
ELECTRONICS**

207290020 NINTENDO SWI   T      $299.99
#XKW50043787192
Return by
01/25/2021

SUBTOTAL      $299.99
T = CA TAX 10.25000 on
$299.99         $30.75

TOTAL     $330.74

*8885 GIFT CARD PAYMENT    $26.43

*4987 GIFT CARD PAYMENT   $304.31

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

NOTICE: Some furniture products can expose
you to chemicals known to the State of
California to cause cancer, birth defects or
other reproductive harm. Please check on-
product label for warning information

--------------------------------

REC#2-0341-0290-0113-9318-3 VCD#750-
780-836
--------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

**informtarget.com**

---



Lawndale Hawthorne Blvd - 310-844-1340
14310 Hawthorne Blvd
Lawndale, California 90260-1515
12/06/2020 12:22 PM



**ENTERTAINMENT-
ELECTRONICS**

207290020 NINTENDO SWI   T      $299.99
#XKW10037358142
Return by
01/25/2021

SUBTOTAL      $299.99
T = CA TAX 10.25000 on
$299.99         $30.75

TOTAL     $330.74

*4987 GIFT CARD PAYMENT   $330.74

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON
THAT
APPLIED TO THE ORIGINAL ORDER.

NOTICE: Some furniture products can expose
you to chemicals known to the State of
California to cause cancer, birth defects or
other reproductive harm. Please check on-
product label for warning information

--------------------------------

REC#2-0341-3336-0111-0547-8 VCD#750-
280-332
--------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

**informtarget.com**
**User ID: 7965 8666 4988**
**Password: 894 522**

Exhibit 65
Page 1 of 1

USAO-CPB00036283

# TRIAL EXHIBIT 72

CHONG_0266



1. The cards started to become less again?

2. [Not translated]

3. 1000 fast speed

4. [PS] game cards, want them?

5. If so, they can be cleared

6. Yes

7. OK.

8. It would be OK if it is buy two and one for free

9. Buy these first

10. OK

Exhibit 72
Page 1 of 1

USAO-CPB00037040