# TRIAL EXHIBIT 100

HUANG_0011



Exhibit 100
Page 1 of 1

USAO-CPB00037063

# TRIAL EXHIBIT 102

CHONG_0246



4      U-Disk     Magic Lamp ML    Magic Lamp m...   ML-Xiao

Finance ML    Magic...  ML-Yang...   ML-Peng...    ML-Gao...

ML-81...    C      E Ran     Da Bai

Group  Name     U-Disk ----88004----TT

[Remainder not translated]

Exhibit 102
Page 1 of 2

USAO-CPB00037020

CHONG_0247



"4" invited you to join the group chat, and other participants in the group chat are Magic Lamp ML, Magic Lamp magiclampNV (Magic Lamp Studio), ML-Xin Yu 88, Finance ML, Joker, MagicLamp-ml4, ML-Wang Han 83

1.  Pull the statement from U-Disk's group to here

2.  1

3.  Take off the 50,000 that was paid today

4.  Where was it paid [emoji]

5.  [Image not translated]

6.  @Finance ML

7.  [Not translated]

Exhibit 102
Page 2 of 2

USAO-CPB00037021

# TRIAL EXHIBIT 103

CHONG_0248



You invited "Da Bai" to the group chat      Withdraw

1.  Aixi Sun Industrial and Commercial Bank
    [Account number not translated]

2.  @Da Bai

3.  19029[emoji]

4.  [Not translated]

ML-Xin Yu 88 withdrew a message

5.  What is 19029?

6.  [==] (Hold on)

7.  Gosh

Exhibit 103
Page 1 of 1

USAO-CPB00037022

# TRIAL EXHIBIT 104

CHONG_0249



You invited "E Ran" into the group chat.    Withdraw

"E Ran" is not a wechat friend with others in the group.  Please pay attention to the privacy

1.   Open

2.   Fast speed 5.2

3.   …….

4.   Went up again

5.   It's been this price in these two days

6.   2.5 [OK] or not?

7.   [emoji]

8.   [emoji] Good night

Exhibit 104
Page 1 of 1

USAO-CPB00037023

# TRIAL EXHIBIT 105

NOVEMBER 12-13, 2020
**MAGIC LAMP SENDS PAYMENT INFORMATION TO BAI-HU-SHI**
BAI SENDS PAYMENT RECEIPTS TO SHI
SHI SEND PAYMENT RECEIPTS TO MAGIC LAMP GROUP



11/12/2020 20:28

| | | |
|---|---|---|
| 1000 | 5.15 | 5150 |
| 1500 | 5.15 | 7725 |
| 1000 | 5.15 | 5150 |
| 500 | 5.15 | 2575 |
| 1000 | 5.15 | 5150 |
| 1000 | 5.15 | 5150 |
| 1000 | 5.15 | 5150 |
| 3000 | 5.15 | 15450 |
| 5000 | 5.15 | 25750 |
| 2000 | 5.1 | 10200 |
| 500 | 5.1 | 2550 |
| | | 90000 |

Agriculture Bank

Agriculture Bank of China

Transfer the rest of the money to here

@USB

SHI's seized phone- text thread between Magic Lamp group, BAI, HU and SHI

Exhibit 105
Page 1 of 1

USAO-CPB00037059

# TRIAL EXHIBIT 106

HUANG_0008



NOVEMBER 12-13, 2020 (continued)
MAGIC LAMP SENDS PAYMENT INFORMATION TO BAI-HU-SHI
BAI SENDS PAYMENT RECEIPTS TO SHI
SHI SENDS PAYMENT RECEIPTS TO MAGIC LAMP GROUP

Text thread between BAI HU and SHI

From BAI's seized phone

SHI sends same numbers to BAI at 11:28 PM November 12, 2020

Exhibit 106
Page 1 of 1

USAO-CPB00037060

# TRIAL EXHIBIT 107

HUANG_0009

NOVEMBER 12-13, 2020 (continued)
MAGIC LAMP SENDS PAYMENT INFORMATION TO BAI-HU-SHI
BAI SENDS PAYMENT RECEIPTS TO SHI
SHI SENDS PAYMENT RECEIPTS TO MAGIC LAMP GROUP
BAI
FPF: 2021270400009201 Line item: 002 (iPhone – seria
DEPARTMENT OF HOMELAND SECURITY
CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE
No. 689912
FROM BAI'S SEIZED PHONE
11/13/2020 AT 12:23 AM
bestbuy (3)
James is missing again. I am afraid it won't be cleared tonight.
Seem to be asleep again.
90k even
Thanks bro
Nov 13, 2020 12:23 AM
00:22
WeChat
Now
You received a WeChat message
Transfer successfully initiated
¥50,000.00
Real time transfer, actual fund arrival time depends on the recipient bank
Recipient
SUN Aixi
Recipient Account
Agricultural Bank Saving Card (6376)
Notify Recipient by WeChat
Fund transfer record
Continue transfer fund
00:23
Fund Transfer
Complete
Transfer successfully initiated
¥40,000.00
Real time transfer, actual fund arrival time depends on the recipient bank
Recipient
YU Xiangyu
Recipient Account
Agricultural Bank Saving Card (9171)
Notify Recipient by WeChat

# TRIAL EXHIBIT 108

HUANG_0010

NOVEMBER 12-13, 2020 (continued)
MAGIC LAMP SENDS PAYMENT INFORMATION TO BAI-HU-SHI
    BAI SENDS PAYMENT RECEIPTS TO SHI
        SHI SENDS PAYMENT RECEIPTS TO MAGIC LAMP GROUP



FROM SHI'S SEIZED PHONE:
SHI SENDS SAME
SCREENSHOTS/PAYMENT
RECEIPTS TO MAGIC LAMP
GROUP 11/13/2020 AT 00:25

Exhibit 108
Page 1 of 1

USAO-CPB00037062

# TRIAL EXHIBIT 110

CHONG_0067



1. Pull your friend in

    You invited "Eric Ran" to the group chat     Cancel

"Eric Ran" is not friend on Wechat with other people in the group. Please be careful of the privacy

2. [hello]

3. [hello]

4. Can I transfer via Alipay?

5. Yes

6. Give us the account then

7. Ai Xi?

8. It's ok if you have cards tomorrow

9. [Not translated]

Exhibit 110
Page 1 of 1

USAO-CPB00036841

# TRIAL EXHIBIT 114

CHONG_0041



1. Settle the account, bro.

2. I am waiting for payment back

3. Too difficult [emoji]

4. Hurry up, bro.

5. I will go and hurry them

6. U-Disk, also yours

7. [Image not translated]

8. His products haven't been given to me, but I will definitely transfer for him.

9. Fuck, too difficult to exchange money now.

10. [emoji]

Exhibit 114
Page 1 of 3

USAO-CPB00036815

CHONG_0042



1.  [emoji]

2.  [Image not translated]

    "ML- Han Wang 83" withdrew a message

3.  Ke Nan's statement

4.  [Image not translated]

5.  OK. Tell them to put on hold first, until I get [rmb] to settle the account first [emoji] [emoji] [emoji]

6.  A Dai's statement

7.  OK, brother

8.  Don't forget, U-Disk, also

9.  I am drunk, a bunch of USD

Exhibit 114
Page 2 of 3                                    USAO-CPB00036816

CHONG_0043



1.  I am drunk, a bunch of USD

2.  Don't worry I know.  He has about almost 200,000 here with me.

3.  [Not translated]

4.  OK, bro

5.  When transfer, let me know to get the bank

6.  [om]

7.  [ok]

8.  OK

9.  Owed amount ------------- 101152---

10. [Account number not translated] Agricultural Bank   Aixi Sun

Exhibit 114
Page 3 of 3

USAO-CPB00036817

# TRIAL EXHIBIT 115

CHONG_0044



1. @Da Bai

2. Brother, will U-Disk settle account?

3. Yes, waiting for China to transfer

4. OK, as soon as possible

5. Everyday worried about exchanging money [emoji]

6. sigh

7. [Not translated]

8. A Dai's statement

9. [Not translated]

Exhibit 115
Page 1 of 2                                              USAO-CPB00036818

CHONG_0045



1.  14704 Industrial Bank   Da Bai

2.  What about U-Disk?

3.  Waiting for China to transfer [emoji]

4.  OK, hurry up

5.  Already 140,000 [emoji]

6.  If not, I can settle a portion tonight first

7.  Wait first

8.  OK

9.  [Image not translated]

Exhibit 115
Page 2 of 2

USAO-CPB00036819

# TRIAL EXHIBIT 117

CHONG_0048



1.  Boss Bai, at 14:00 or so our time, the foreigners all need to settle the accounts.  If we owe too much, finance [person] will frequently not have enough money

2.  So, if there is no way to make arrangement to make prepayments, please settle the account at 14:00 the latest

3.  [okok], for this payment I will try to prepay some.

4.  Ok, bro.

5.  @Da Bai  Bro, if you are going to transfer a large amount, please let me know beforehand. I will send you a new account number

6.  [Not translated]

Exhibit 117
Page 1 of 7

USAO-CPB00036822

CHONG_0049



1. (Audio): I am here, I am here. I am here

2. (Audio): It will be fast. It will be settled today.  Don't worry.

3. OK, bro.

4. Please do it faster. The foreigners will start to settle accounts shortly

5. Bro, can it be transferred now?

6. Which account?

7. [Account number not translated]
   Industrial Bank
   Aixi Sun

8. This one, bro.

Exhibit 117
Page 2 of 7

USAO-CPB00036823

CHONG_0050



1. This one, bro.

2. [Image on next page]

3. For U-Disk, do you transfer to our account directly or to his?

4. Need to wait a bit for the other one.  I currently can arrange 100,000

5. 45526  Industrial  Sun

6. OK, bro.

7. For the balance, need to wait for the transfer from China

8. When the fund is here, also settle U-Disk today, bro.

Exhibit 117
Page 3 of 7

USAO-CPB00036824

CHONG_0051



| | |
|---|---|
| Wechat | Now |
| You received a Wechat message | |

Transfer Submission Success

[Translator's Note: RMB] 45,526.00

Estimated to be in account simultaneously.

| | |
|---|---|
| Recipient | Aixi Sun |
| Recipient Account No. | Savings Card of Industrial Bank (8816) |

Notify Recipient via Wechat

Transfer record | Continue to make another transfer

Questionnaire

Exhibit 117
Page 4 of 7

USAO-CPB00036825

CHONG_0052



1.  When the fund is here, also settle U-Disk today, bro.

2.  At least 100,000

3.  … he always gives me the products on Fridays, and very difficult for me.

4.  I can't sell them and can't exchange for money

5.  Testicles hurt

6.  [Image not translated]

7.  A Dai's group statement

8.  Balance 15960 ------------

9.  Aixi Sun  Industrial and Commerce Bank of China
    [Account number not translated]

Exhibit 117
Page 5 of 7

USAO-CPB00036826

CHONG_0053



1.  [ok]

2.  Before what time?

3.  Beijing time 14:00

4.  [Image not translated]

5.  [ok]

6.  [Image on next page]

7.  15660  ICBC Sun

Exhibit 117
Page 6 of 7

USAO-CPB00036827

CHONG_0054



Wechat                                          Now
You received a Wechat message


                    Transfer Submission Success

                    [Translator's Note: RMB] 15,660.00

                Estimated to be in account simultaneously.

Recipient                                       Aixi Sun

Recipient Account No.              Savings Card of ICBC (8223)


                    Notify Recipient via Wechat
        Transfer record | Continue to make another transfer








                    Questionnaire

Exhibit 117
Page 7 of 7

USAO-CPB00036828

# TRIAL EXHIBIT 123



Exhibit 123
Page 1 of 1

USAO-CPB00037826

**TRIAL EXHIBIT 154**

CHONG_0115



1.  [@blade] Are you in the store or the warehouse?

2.  (Audio): I am at the store now.  You can send the products to the warehouse, and then come and settle with me in the store. My USD has not arrived yet but will arrive later. When are you coming back?

3.  At around what time?

4.  Give us your warehouse address

5.  [Not translated]

6.  [Not translated]

7.  (Audio): When are you going? Let me know because my employees are there, and I need to tell them beforehand.

8.  Around 3 o'clock

9.  It wouldn't be good to drop off products at your store, right? [emoji]

Exhibit 154
Page 1 of 4

USAO-CPB00036889

CHONG_0116



1.   [video not translated]

2.   What's the number [emoji]

3.   [Not translated]

4.   [Not translated]

5.   [OK]

6.   [Image not translated]

7.   This one?

Exhibit 154
Page 2 of 4

USAO-CPB00036890

CHONG_0117



1.  [Image not translated]

2.  This one?

3.  Yes

4.  [Image on next page]

5.  [@blade] Brother Da Bai, do you have cash?

Exhibit 154
Page 3 of 4

USAO-CPB00036891

CHONG_0118



[Only translating the last two lines]

Game consoles: 18+2=20*235

Total $33759

Exhibit 154
Page 4 of 4

USAO-CPB00036892

# TRIAL EXHIBIT 173

CHONG_0145



1.  4 [percent]

2.  Not 3

3.  "Da Bai" (Big White)
    [remainder not translated]

4.  (audio): Just remember to ask for the card from him when you are
    at the store because the card is time sensitive

5.  [OK]

6.  Didn't respond to me

7.  Did you find it?

8.  No [emoji]

Exhibit 173
Page 1 of 6

USAO-CPB00036919

CHONG_0146



[No translation]

Exhibit 173
Page 2 of 6

USAO-CPB00036920

CHONG_0147



[No translation]

1. Two [switch](es) are just sufficient

Exhibit 173
Page 3 of 6

USAO-CPB00036921

CHONG_0148



1.  Two [switch](es) are just sufficient

2.  [Not translated]

3.  I think I can get back in time

4.  Brother Ran

5.  Calculate the amount

6.  They want it

7.  [Not translated]

8.  This is the amount that we spent

9.  [emoji]

Exhibit 173
Page 4 of 6

USAO-CPB00036922

CHONG_0149



1. [emoji]

2. Found the receipt?

3. [image next page]

4. (audio): You… [unintelligible] wait for me

5. (audio): I will join the game, join the game.

6. I am going to sleep

7. I already typed sleeping

8. Goodnight

Exhibit 173
Page 5 of 6

USAO-CPB00036923

CHONG_0150



Da Bai (Big White)

1. [Not translated]

2. [ok]

3. [hello], brother Da Bai. I will start tomorrow morning at 11 o'clock, and my friend will start in the afternoon at 1 o'clock.

4. There is no card at 4 o'clock tomorrow afternoon

5. No more next week as well?

6. Every Saturday it is normally until 4 o'clock

7. [OK]

8. OK

Exhibit 173

USAO-CPB00036924

# TRIAL EXHIBIT 182

CHONG_0021



1. Today, [Hollywood] got into trouble again

2. Yesterday Today

3. Two consecutive days?

4. What happened

5. Right

6. Products detained people detained?

7. (Audio):  Then I don't know.  I just heard that they got caught

8. (Audio): I just heard that they got into trouble

9. [emm]

Exhibit 182
Page 1 of 1

USAO-CPB00036795