# TRIAL EXHIBIT 200

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 1

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name:   HU, BOWEN Address:   ████████ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | Misc. Documents Found Room A | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | X | | | 11/1/20 |
| Print Name | | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | 1 SEB | Jun Oirodia/HSI/SA | | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2     - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 1 of 16

USAO-CPB00011345

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 2

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name:  HU, BOWEN Address: ▇▇▇▇▇▇ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0002 | Misc. Documents (Target Receipts) Found Room F | 1 | BG | 1 | EA | $    0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer

| Print Name | | Signature | Date |
|---|---|---|---|
| Stone, David | X | _(signature)_ | 11/17/20 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 002 | 1 SGB | Sean Garcia /HSI/SA | _(signature)_ | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2   - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 2 of 16

USAO-CPB00011346

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 3

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |

| 9. Seized From: Name: IIU, BOWEN Address: ▇▇▇▇▇▇ Hacienda Heights, CA, 91745, US Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0003 | Misc. Documents (Target Receipts) Found Room F | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Print Name Stone, David | X | Signature | Date 11/17/20 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 003 | 1 SEB | Jean Urueta / HSI/SA | | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2    - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 3 of 16

USAO-CPB00011347

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 4

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name:  HU, BOWEN  Address:  ▆▆▆▆▆▆▆  Hacienda Heights, CA, 91745, US  Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0004 | Misc. Documents (Shopping list) Found Room A | 1 | BG | 1 | EA | $    0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | | X  _(signature)_ | | 11/4/20 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 004 | 1 SEB | Jimmy Oprosta / S&I/HSI | _(signature)_ | 12-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DIIS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2   - Print Error

DHS Form 6051S(08/09)



Exhibit 200
Page 4 of 16

USAO-CPB00011348

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 5

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No.<br>2021270400011301 | | 2. Incident No.<br>2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No.<br>UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention?<br>Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy)<br>11/17/2020 | 7. Time Seized (Use 24 Hrs)<br>07:00 | 8. FDIN/Misc. |
| 9. Seized From:<br>Name:  HU, BOWEN<br>Address:  ▇▇▇▇▇<br>Hacienda Heights, CA, 91745, US<br>Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0005 | Misc. Documents (Bank Statements) Found Room A | 1 | BG | 1 | EA | $        0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Print Name | Stone, David | X | Signature | Date<br>11/4/20 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 005 | 1 SEB | Jun Onoda /SA/HSI | | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2    - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 5 of 16

USAO-CPB00011349

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 6

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name:   HU, BOWEN Address:   ▮▮▮▮▮▮ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0006 | SIM Card Kit Found Room A | 1 | BG | 1 | EA | $    0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | | X | _J/lry_ | _11/17/20_ |
| Print Name | | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 006 | 1 SEB | Juan Ortega/SA/HSI | _g Al_ | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original        REPRINT COPY 2      - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 6 of 16

USAO-CPB00011350

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 10

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ▮▮▮▮ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0011 | Misc. Documents (ledgers/mail) Found Room F | 1 | BG | 1 | EA | $        0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Print Name: Stone, David | X | *(signature)* | | *(handwritten)* 11/17/20 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 011 | 1 SEB | *(handwritten)* Jerry Crispin /SA/HSI | *(signature)* | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

DHS Retains Original          REPRINT COPY 2    - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 7 of 16

USAO-CPB00011351

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 11

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No.<br>2021270400011301 | | 2. Incident No.<br>2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No.<br>UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention?<br>Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy)<br>11/17/2020 | 7. Time Seized (Use 24 Hrs)<br>07:00 | 8. FDIN/Misc. |
| 9. Seized From:<br>Name:        HU, BOWEN<br>Address:     ▓▓▓▓▓▓▓▓▓▓<br>                   Hacienda Heights, CA, 91745, US<br>Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |
| 13. Send Correspondence to:<br>U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0013 | Misc. Documents (State of California Vehicle Title) VIN: 1GYS3CKJ6FR218269 Found Room C | 1 | BG | 1 | EA | $            0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | X | *(signature)* | | 11/17/20 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| O13 | 1 SE3 | *Sum Che Tie/SA/HSS* | *(signature)* | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2          - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 8 of 16

USAO-CPB00011352

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 12

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ▮▮▮▮▮ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyence

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0014 | Misc. Documents (Corporate Records /Checks/Bonds) Found Room C | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Print Name: Stone, David | X | _Signature_ | | _Date_ 11/17/20 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 014 | 1 SEB | Jon Drodic/SA/HSI | | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original        REPRINT COPY 2   - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 9 of 16

USAO-CPB00011353

U.S DEPARTMENT OF HOMELAND SECURITY

No. 20212704000011301 GP Group 14

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ██████████ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0015 | 60 Apple Airpods w/charging case Found in Room F | 1 | BX | 60 | PC | $    7680 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Print Name Stone, David | X | Signature | Date 11/17/20 | |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 015 | 1 SEB | Sven Kruding /SA/HSI | | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original        REPRINT COPY 2    - Print Error

DHS Form 6051S(08/09)



Exhibit 200
Page 10 of 16

USAO-CPB00011354

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 15

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ███████ Hacienda Heights, CA, 91745, US Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | 12. Remarks: | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0016 | 7 Benks Lightning USB Cable Found in Room F | 1 | BG | 7 | PC | $ 49 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | X | *[signature]* | | 11/7/20 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 016 | 1 SER | *Jun Omori /HSI/SA* | *[signature]* | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2    - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 11 of 16

USAO-CPB00011355

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 16

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ▮▮▮▮▮▮ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: | | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0017 | 44 Rainbow Selfie Sticks Found in Room F | 1 | BX | 44 | PC | $ 308 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | X | | | 11/17/20 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 017 | 1 SEB | Jun Omatria/ H52/SA | | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2     - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 12 of 16

USAO-CPB00011356

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 17

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | | | |
|---|---|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | | 7. Time Seized (Use 24 Hrs) 07:00 | | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ████████ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: | | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0018 | 40 Rainbow Universal Clip Found in Room F | 1 | BX | 40 | PC | $    240 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | Stone, David | X | [signature] | 11/17/20 |
|---|---|---|---|---|
| | Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 018 | 1 SEB | Sun Omortion /SA/HSI | [signature] | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2    - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 13 of 16

USAO-CPB00011357

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 18

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200 09

| 1. FPF No. 2021270400011301 | | 2. Incident No. 2021SZ0016881 | | |
|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ▮▮▮▮▮ Hacienda Heights, CA, 91745, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0019 | 8 Oatsbasf Data Cables Found in Room F | 1 | BG | 8 | PC | $  88 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Stone, David | X | _(signature)_ | 11/17/20 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 019 | 1 SEB | Juan Ocarto /HSI/A | _(signature)_ | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2      - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 14 of 16

USAO-CPB00011358

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 13

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No.<br>2021270400011301 | | 2. Incident No.<br>2021SZ0016881 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No.<br>UI.02RF.19I.X0001 | | 4. EID Event Number | | | |
| 5. Prior Detention?<br>Yes ☐ No ☐ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy)<br>11/17/2020 | 7. Time Seized (Use 24 Hrs)<br>07:00 | | 8. FDIN/Misc. |
| 9. Seized From:<br>Name:   HU, BOWEN<br>Address:   ▬▬▬▬<br>Hacienda Heights, CA, 91745, US<br>Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: | | | |
| 13. Send Correspondence to:<br>U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0020 | Misc. Documents (Tax Documents) Found Room H | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Stone, David | X | *[signature]* | | 11/17/20 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 020 | 1 SEB | *Jam Operation/HSI/SA* | *[signature]* | 11-17-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2      - Print Error



DHS Form 6051S(08/09)

Exhibit 200
Page 15 of 16                    USAO-CPB00011359

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2021270400011301 GP Group 21

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2021270400011301 | | | 2. Incident No. 2021SZ0016881 | | | |
|---|---|---|---|---|---|---|
| 3. Investigative Case No. UL02RE19LX0001 | | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | | | 6. Date Seized (mm/dd/yyyy) 11/17/2020 | 7. Time Seized (Use 24 Hrs) 07:00 | | 8. FDIN/Misc. |
| 9. Seized From: Name: HU, BOWEN Address: ███████ Hacienda Heights, CA, 91745, US Telephone No. | | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | | 12. Remarks: | | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0021 | Bulk US Currency $4243 Total Room L $2500 Room H $1400 Room P $343 | 1 | BG | 159 | PC | $ 4243 |
| 0022 | C02K8350DRVD Apple MacBook Air Serial No.: C02K8350DRVD Room C Passcode: Unknown | 1 | BG | 1 | EA | $ 0 |
| 0023 | C02PH30BFVH5 Apple MacBook Pro Serial No.: C02PH30BFVH5 Room J Passcode: ███████ | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Stone, David | X  | | 11/17/20 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original          REPRINT COPY 2   - Print Error

DHS Form 6051S(08/09)

Exhibit 200
Page 16 of 16

USAO-CPB00011360

# TRIAL EXHIBIT 210

CHONG_0189



1.  Fuck

2.  Brother Da Bai

3.  What do you need at your place?

4.  Look, am I OK?

5.  [emoji]

6.  [Audio]: Just be a buyer, and buy things from 3 to 5 stores every day.

7.  Buy what, buy what

8.  I will go, I will go.

9.  Money will be provided?

10. Need introduction

USAO-CPB00036963

Exhibit 210
Page 1 of 5

CHONG_0190



1.  Need introduction

2.  (Audio): If you have time, come to the store and I will teach you what to do.

3.  OK. Is this just for a few days, or

4.  Short term

5.  (Audio): You can do it for the long term or short term

6.  (Audio): Ok Ok. I will find time to go to the store.  When do you have time, Brother Da Bai?

7.  Brother Da Bai

8.  Do you have time today?

9.  [hi]

USAO-CPB00036964

Exhibit 210
Page 2 of 5

CHONG_0191



1.   [hi]

2.   (Audio): Yes. I am here

3.   (Audio): Brother Da Bai, Brother Da Bai, what time will you close? Is it OK if I arrive at your place at 3 or 4 o'clock, or 4 o'clock?

4.   7-8 o'clock

5.   [Image not translated]

6.   Will arrive shortly

7.   [ok]

USAO-CPB00036965

Exhibit 210
Page 3 of 5

CHONG_0192



1.  Product list
    Priority level
    Must be sure of the prices


    [remainder not translated]

USAO-CPB00036966

Exhibit 210
Page 4 of 5

CHONG_0193



1.  Brother Da Bai… I have a question. Hope you don't mind [emoji]

2.  That is, for our [gift card], there won't be any problems, right? [emoji]

3.  Brother Da Bai, is it convenient for you to distribute [Gift card] tomorrow morning at 8 o'clock?

4.  OK.

5.  Can't be done here in [Rowland]

6.  Brother Da Bai

7.  Is it that normally the Chinese communities can't be done?

USAO-CPB00036967

Exhibit 210
Page 5 of 5

# TRIAL EXHIBIT 211

CHONG_0194



1.  [Not translated]

2.  [Not translated]

3.  Can't get it through

4.  (Audio): If you want to do it, you can buy two physical cards at the automatic vending machine, one for about $500.

5.  (Audio): That is, you can get a bottle of water, or food, and a physical [gift card], and fill the value at the automatic vending machine.

6.  (Audio): And then use the physical card to buy

7.  (Audio): Oh, that way.

8.  (Audio): Refresh your account and see if the money is still there.

9.  (Audio): Refresh it first and see if the money is still there.

Exhibit 211
Page 1 of 1

USAO-CPB00036968

# TRIAL EXHIBIT 212

CHONG_0254



1.   [Not translated]

2.   Remember to make a screen capture

3.   [Image not translated]

4.   [Image not translated]

Exhibit 212
Page 1 of 1

USAO-CPB00037028

# TRIAL EXHIBIT 214

CHONG_0196



1.  About how much?

2.  2000 first

3.  [emoji]

4.  (Audio): You go first. I have 3000 here.

5.  (Audio): Take a look at how much you need and let me know.

6.  (Audio): I am in the store now.

7.  (Audio): I don't know how many he is asking me to buy. I think you can give me 3000 first, and I can use it pretty soon. Thank you.

8.  I am in the store.

9.  (Audio): The situation today is like this. Whatever it was given to you, you need to spend it all. Don't be like before, having any balance. If you have 300 or 500 balance, you can buy things and then return them the next day.

10. [emoji]

11. [Not translated]

Exhibit 214
Page 1 of 2

USAO-CPB00036970

CHONG_0197



1. [Not translated]

2. (Audio): I will give you 1500 first, and if it is not enough, let me know. If it is sufficient, spend it all and don't leave any balance. Today clear every transaction so that I can get gift cards faster.

3. [emoji]

4. [Not translated]

5. (Audio): You mean, if there is 400 or 500, you won't be able to request for more, right?

6. (Audio): Yes, for 300 or 500, you need to spend all. You can buy anything, and just spend all. If what you bought was not what I wanted, you can just get refund back to the physical card after a few days and then give it to me.

7. [OKOK]

Exhibit 214
Page 2 of 2

USAO-CPB00036971

# TRIAL EXHIBIT 215

CHONG_0198



1. Will be in the next stop soon.

2. (Audio): You need to clear it all next time, clear it all.  Otherwise, it's being delayed for so long.  Your card is being delayed for too long.

3. OK.

4. [Not translated]

5. (Audio): Need new card.  I need new card.

6. [Not translated]

Exhibit 215
Page 1 of 5

USAO-CPB00036972

CHONG_0199



1.   [Not translated]

2.   This is the total for today.

3.   I will deliver products to you tomorrow morning

4.   Right

5.   Come at 10 o'clock

6.   [emoji]

7.   [Not translated]

Exhibit 215
Page 2 of 5

USAO-CPB00036973

CHONG_0200



1.  [Not translated]

2.  OK.

3.  (Audio): Then, also, last time, there were products that were returned. I will give you the money, the gift card to you this evening when I give you the products.

4.  (Audio): Are you going to start now?

5.  (Audio): I will meet with ████████ now, and probably after half an hour later.

6.  (Audio): OK. There was no need to return products for the ones you bought yesterday, right?

7.  (Audio): Right, right.  No need to return for yesterday.

8.  [ok]

Exhibit 215
Page 3 of 5

USAO-CPB00036974

CHONG_0201



1. Fuck… The last inventory was all bought out by the previous person.

2. Fuck

3. (Audio): If it is Ok, clear the balance. Some times it is OK, as you can buy anything and just turn it into card balance later.

4. I came out [emoji]

5. (Audio): I will go to places more towards the west and clear it up.

6. [Not translated]

7. [Not translated]

Exhibit 215
Page 4 of 5

USAO-CPB00036975

CHONG_0202



1. [Not translated]

2. [Not translated]

3. [gj]

4. Can you clear it

5. Buy anything and clear it and then go to the next store

6. I cannot clear it anymore

7. The store personnel looked at me with strange eyes

8. When I purchased it just now, my items were also …

Exhibit 215
Page 5 of 5

USAO-CPB00036976

# TRIAL EXHIBIT 218

CHONG_0211



1.  (Audio): OK. No worries. I will have someone to make the transfer.

2.  (Audio): Then I will need to send my cell phone card to China and have someone to receive my text messages, then it would be ok.

3.  [hao] (OK)

4.  Splendid [emoji]

5.  [emoji]

6.  (Audio): Are you running in this area these two days? Or what? I tell you, if you are running, don't do it in these nearby areas such as Alhambra, Brea, Glendale, and I heard that there are problems for a store there that day.

7.  Damn

8.  Really?

9.  What's the situation?

10. I have been handling products for others these two days

11. I don't run it myself

Exhibit 218
Page 1 of 2

USAO-CPB00036985

CHONG_0212



1.  I don't run it myself

2.  (Audio): A friend of mine told me. He said he discovered two plainclothes, but he discovered early and didn't buy, and because he didn't buy, so nothing happened.

3.  [glendale] region also has problems?

4.  Ask them

5.  What do the plainclothes look like

6.  What kind of car they drive?

7.  (Audio): It has nothing to do with their looks. You have to look at the appearance, the clothes they wear. The foreigners, they just hang around in the electronics area in the stores, and normally they are the plainclothes.

8.  Staying inside of the stores?

9.  (Audio): Based on them it is like this, but they didn't tell the details.

10. (Audio): Because he also heard it from someone else.

11. [k]

Exhibit 218
Page 2 of 2

USAO-CPB00036986

# TRIAL EXHIBIT 219

CHONG_0215



1. Check the numbers

2. How many people are doing this for you out of state?

3. Brother Da Bai

4. 3 people

5. How about if you recommend a card merchant to me…

6. They all need prepayments now?

7. [emoji]

8. All of them do.

9. Damn

10. Let me think of a way

11. Recommend one for me

Exhibit 219
Page 1 of 2

USAO-CPB00036989

CHONG_0216



1. All of them do.

2. Damn

3. Let me think of a way

4. Recommend one for me

5. [OK] or not?

6. No way.  If I have enough here, I will definitely give you the extra ones.

7. But now I don't have anything here for me. [emoji]

8. I heard that the very top of the card merchants got caught

9. Now the ones that give out the cards are the little guys of the very top guys

10. I haven't heard anything yet.

Exhibit 219
Page 2 of 2

USAO-CPB00036990

# TRIAL EXHIBIT 220

CHONG_0217



1. How about tomorrow at noon… ask [C] to come. And also bring 2000 cash to me. There is one batch of products not arrived here yet.

2. [ok]

3. Anyway, I will let you know when the cash is in place tomorrow.

4. [hao] Good

5. Brother Da Bai

6. I am here

7. You opened?

8. Opened

9. Tell me when you have cash there.

USAO-CPB00036991

Exhibit 220
Page 1 of 1

# TRIAL EXHIBIT 221

CHONG_0220



1.  Brother Da Bai. Remember to take 1800 to give to [C]

2.  [ok]

3.  Leaving 118990RMB ok

4.  OK

5.  He is buying at high prices

6.  Don't do it for now

7.  Can receive at 490-495 elsewhere.

8.  Right

9.  Today one group of people got into trouble

10. Fuck

Exhibit 221
Page 1 of 2                                                                USAO-CPB00036994

CHONG_0221



1. Right

2. Today one group of people got into trouble

3. Fuck

4. [emoji]

5. Who?

6. [Not translated]

7. [call] me when you are done

8. [Not translated]

9. (Audio): Brother Da Bai, remember to transfer for me.

Exhibit 221
Page 2 of 2

USAO-CPB00036995

# TRIAL EXHIBIT 229

CHONG_0237



1. I am here

2. Coming

3. Brother, the total is 31373.6 $ (5000 already been cut)

4. You transfer [RMB] 5000 to me and the balance transfer to Magic Lamp

5. [Not translated]

6. You are to transfer me 5000 via Wechat

7. The balance to Magic Lamp

8. I will only be able to see today's exchange rate this evening

9. Need to wait for China to get up.

Exhibit 229
Page 1 of 1

USAO-CPB00037011

# TRIAL EXHIBIT 230

CHONG_0238



1.  [Image on next page]

2.  Today [C] got it. Brother

3.  All transfer to Magic Lamp, please.

4.  I will calculate it later

5.  Still picking up the products

6.  If it is not on your way, come to pick up here

7.  I just came back from picking them up.

8.  (Audio): No time to go there.  It will be tomorrow

9.  Ok, OK.  Don't forget about Magic Lamp

Exhibit 230
Page 1 of 4

USAO-CPB00037012

CHONG_0239



[Image not translated]

Exhibit 230
Page 2 of 4

USAO-CPB00037013

CHONG_0240



1. For this lot in the morning:
   [Remainder not translated]

2. I owe you yesterday

3. [Beginning not translated] (Owe)

4. [Beginning not translated] (Magic Lamp)

5. 0707 "u-Disk"
   [Remainder not translated]

Exhibit 230
Page 3 of 4

USAO-CPB00037014

CHONG_0241



1.  Is the amount not correct?

2.  Not yet

3.  I will send it out to verify

4.  (Audio): I verified it and verified it.  No problem. I can transfer to you directly and you can transfer to Magic Lamp.  I am too lazy to make two transfers.

5.  (Audio): You transfer to Magic Lamp, not me, but to Magic Lamp.

6.  [Emoji]

7.  Remember to bring 4 [K] cash to me tomorrow

8.  [Emoji]

9.  [Image not translated]

Exhibit 230
Page 4 of 4                                          USAO-CPB00037015

# TRIAL EXHIBIT 239

CHONG_0095



1.  I passed your request to add as a friend, and now we can start to chat.

2.  Brother, hello [emoji]

3.  Hello

4.  [Johny] told you about me.  If convenient, we can talk on the phone?

5.  [Not translated]

6.  Do you want fast cards?

7.  The ones that need to be used up in 15-30 minutes

8.  The price?

9.  [emoji]

Exhibit 239
Page 1 of 3

USAO-CPB00036869

CHONG_0096



1. The price?

2. [emoji]

3. 425 for fast ones

4. 425? That is $425 in exchange for the card for 1000?

5. (Audio): No.   425 is in RMB.  That is for a $100 card, you give me RMB 425.

6. (Audio): Oh. Let me ask you, bro, for fast cards, if I get the card passwords and then change them into physical cards directly, will they still only be valid for 15 to half an hour?

7. (Audio): I am only responsible for the first card.  I cannot control the next card. But they have been transferring like this.  They need to fill $5 on the new card and then transfer, you know what I mean?

8. (Audio): Ok, OK. Then I will just fill $5 cash to the card and then transfer the balance into the card, right?  Sorry, I have too many questions.

9. (Audio): No worries.  Yes.  They operated like this.  Keep some first, like 10 cards, and then fill them when you need to use them.

Exhibit 239
Page 2 of 3

USAO-CPB00036870

CHONG_0097



1.  (Audio): Ok, OK. Then I will just fill $5 cash to the card and then transfer the balance into the card, right?  Sorry, I have too many questions.

2.  (Audio): No worries.  Yes.  They operated like this.  Keep some first, like 10 cards, and then fill them when you need to use them.

3.  (Audio): Ok, OK.  I will meet with my friend today, and then discuss about it in the evening.  If there is anything, I will let you know, including the price for selling the products, if so.

4.  [ok]

5.  Convenient to talk, brother? [emoji]

6.  Hold on.

7.  [Not translated]

8.  OK

9.  [Not translated]

Exhibit 239
Page 3 of 3
USAO-CPB00036871

# TRIAL EXHIBIT 240A

CHONG_0257



1. ████████████████████████████████████

2. Many people in the same industry around me got into trouble

3. [emoji] Now our products were all taken by them and they won't give us product lists either

4. [Image on next page]

5. Brother, do you have anyone who can help to ask about this?

6. This is from Tuesday

7. It is up to you how you resolve it

CHONG_0258



[Image not translated]

USAO-CPB00037032

CHONG_0259



1. It is up to you how you resolve it

2. You kept delaying payment to me

3. It has nothing to do with us

4. [Not translated]

5. (Audio): Sorry, I was driving a moment ago.

6. (Audio): Then please give me an accurate time now. I don't want to go around and in circles. Tell me what you think I should do. I can wait for you. It is not that I don't understand you [unintelligible]

7. Monday, I will ask him [unintelligible] to transfer to your account directly. Wait for my information Monday, OK?

8. [ok]

USAO-CPB00037033

# TRIAL EXHIBIT 241

CHONG_0260



1. Brother

2. Pull me into a group separately

3. [Image not translated]

4. (Audio): Brother 4, is it convenient for you [unintelligible] so that I can arrange, and when it is resolved the day after tomorrow, you can set up another group of Magic Lamp for me?

5. (Audio): Got it, and please remember to respond to me. Thank you.

6. [I]

Exhibit 241
Page 1 of 5

USAO-CPB00037034

CHONG_0261



1.  ?

2.  Have you understood and solved the TT issue?

3.  I just had a phone conversation with Brother 4

4.  Before, Brother 4 said to give you time till the end of the month, so I didn't reach out to you.

5.  I will respond to him at noon the day after tomorrow US time

6.  I just had a call with him

7.  Don't worry

8.  Don't know what you think. Whether you handled it well or not well, there is no reason for you to delay payment for our portion, brother. I hope you are clear about it.

9.  Please don't worry about it.  It happened suddenly.

10. I hope you can settle the accounts by noon time the day after tomorrow LA time.  Thank you for your understanding.

Exhibit 241
Page 2 of 5

USAO-CPB00037035

CHONG_0262



1.  [ok]

2.  You go transfer first, there.

3.  I am waiting for the boss to come back tonight. I will meet him and discuss in person.

4.  OK.

5.  You there?

6.  [hello]

7.  (Audio):  Hello, hello bro. The money from my boss is in the account. I will make the transfer for the amount owed before. Can you set up a separate group for me with Magic Lamp because my friend doesn't know about it.  Please respond to me at your convenience.  Thank you.

8.  You there?

Exhibit 241
Page 3 of 5

USAO-CPB00037036

CHONG_0263



1.  You there?

2.  ?

3.  [Not translated]

4.  Brother

5.  Go ahead

6.  Starting tomorrow, 10,000 cards

7.  [ok]?

8.  [ok] Settle on the same day

9.  Yes

10. [ok]

Exhibit 241
Page 4 of 5

USAO-CPB00037037

CHONG_0264



1.  [ok]?

2.  [ok] Settle on the same day

3.  Yes

4.  [ok]

5.  Thank you for helping me

6.  No worries

7.  Brother 4

8.  Why is the card price so high [emoji]

9.  Before it was 450

10. Now why it went up 20…

Exhibit 241
Page 5 of 5

USAO-CPB00037038

# TRIAL EXHIBIT 242

CHONG_0099



1. Brother 4

2. Can you help me

3. Can you have the people from the workshop to make a statement for me, a statement for the card

4. Just what I told you last time.

5. [Not translated]

6. If to issue, it would be issued from China

7. [Not translated]

8. It is mainly because they suspect that you are from the inside

Exhibit 242
Page 1 of 2

USAO-CPB00036873

CHONG_0100



1. It is mainly because they suspect that you are from the inside

2. Internal fraudulent swiping?

3. I will meet with the lawyer at 5 o'clock

4. Court hearing tomorrow morning

5. You say, how to solve this problem

6. What are they suing you for?

7. Suing that my buyer was fraudulently swiping gift cards

8. Also, another matter, [cc]'s.  I have information. Do you have [pos] on your side, and to see if we can do it together

9. Why must it need [pos] machine?

Exhibit 242
Page 2 of 2                                             USAO-CPB00036874

# TRIAL EXHIBIT 243

CHONG_0098



1.  Do you have the white cards that have been washed?

2.  What are the white cards?

3.  (Audio): The cards that come from the refunds of products, the ones we don't need to worry about being dead

4.  How many do you need? I need to find people

5.  What's the discount?

6.  Estimate, need more than 80

7.  [k]

8.  I have product refund cards, want them?

9.  From [tt]

Exhibit 243
Page 1 of 1

USAO-CPB00036872

# TRIAL EXHIBIT 248

CHONG_0070



1. I passed your request to be friend, and now we can start to chat.

2. Not too many cards now

3. Before there were bloody a lot

4. What happened

5. [emoji]

6. [tt] risk control

7. What does that mean

8. [emoji]

9. When [tt] has risk control, some will become dead [emoji][emoji]

10. What is risk control…

11. Being messed around for so long, they'd have to find the reasons

Exhibit 248
Page 1 of 5

USAO-CPB00036844

CHONG_0071



1.   Being messed around for so long, they'd have to find the reasons

2.   Risk control

3.   Oh

4.   Anything else we can do?

5.   Before [tt] cards were at least 1 million per day

6.   Now, at most a few hundred thousands

7.   Can't do [wm]'s cash cards. Now still many people do [tt]

8.   What else can we do for [wm]?

9.   Buy physical cards or game cards directly

10.  It seems they don't allow to buy

11.  Can be bought

Exhibit 248
Page 2 of 5

USAO-CPB00036845

CHONG_0072



1. Can be bought

2. [wm?]

3. Automatic vending machine
4. Now, cash cards can't buy anymore

5. Oh.

6. I heard that the largest one who did [tt] cards were taken down

7. [wm]'s physical cards can also buy Apple products

8. 1 million USD [emoji] [emoji] [emoji]

9. What 1 million USD [emoji]

10. [tt] products

11. Oh

Exhibit 248
Page 3 of 5

USAO-CPB00036846

CHONG_0073



1.  Oh

2.  Actually, to tell you the truth, there shouldn't be a lot of frauds for the money in [tt]'s electronic cards

3.  Otherwise, if losing 1 million per day, [TT] would have been bankrupted long time ago.

4.  From three sources

5.  [tt] is a state company

6.  Can't go bankrupt

7.  Fraudulent swiping, hacker encrypting data. Fake cards?

8.  Not fake cards. "Nini" scam

9.  Scam?

10. Can't be that many fools being scammed

Exhibit 248
Page 4 of 5

USAO-CPB00036847

CHONG_0074



1. Can't be that many fools being scammed

2. [emoji]

3. Telecom scam

4. Each day it scams 1 million?

5. A lot

6. [emoji]

7. Three sources

8. [emoji] [emoji]

9. [cvv]

10. Old Mao's resources should be the most

11. Yes

12. How many cards can you get each day now?

Exhibit 248
Page 5 of 5

USAO-CPB00036848

# TRIAL EXHIBIT 265

CHONG_0156



1. Has Priest Li's arrived in the account?

2. [en] (Yes)

3. Fuck...

4. You ask Da Bai (Big White) to prepare cash

5. Should we let Big Sister to swipe?

6. I am also thinking about it

7. Always felt like using our own money and have Big Sister to do it

8. Our current capacity is about 40,000 to 50,000's card per week

9. Then

10. You ask Big Cousin again now.

Exhibit 265
Page 1 of 1

USAO-CPB00036930

# TRIAL EXHIBIT 266

CHONG_0159



1. If Magic Lamp does not have cards, I will go and get from Da Bai (Big White)

2. 80% of the chance that Da Bai hasn't woken up yet

3. [emoji]

4. Yes

5. Embarrassing [emoji]

6. Embarrassing

7. I will take a test in a moment. I will let you know before I go in, and you watch out

8. [emoji]

9. Are you done yet [emoji]

Exhibit 266
Page 1 of 2

USAO-CPB00036933

CHONG_0160



1.  Are you done yet [emoji]

2.  (audio): Fuck, I just finished it.  Fuck, the poor DMV in Fullerton, fuck, damn, I can't take it. Fuck.  I will go to your home now.

3.  I am in the bathroom.

4.  And buy an earphone

5.  How much is left after you buying it

6.  I need about 1150

7.  [photo]

Exhibit 266
Page 2 of 2

USAO-CPB00036934

# TRIAL EXHIBIT 267

CHONG_0162



[Not translated]

1. I say

2. Remember to make the transfer

3. It was transferred

4. Added the cell phone charges

5. 1175.64

6. Wait

USAO-CPB00036936

Exhibit 267
Page 1 of 2

CHONG_0163



1. Wait

2. This amount

3. 959.64

4. Car cost?

5. Oh, yes

6. You advanced Big Sister's earnings?

7. Really cruel…

8. Yes

9. I am in front of your door

10. Coming

USAO-CPB00036937

Exhibit 267
Page 2 of 2

# TRIAL EXHIBIT 268

CHONG_0165



1. Big Sister

2. It seems

3. Over 50,000 already

4. [en] (Yes)

5. If continues doing so, it will be towards 6…

6. Stop at 7 then

7. See how many stores they have left

8. They have more than 3000 on hand, and plus physical cards, it would be 4000

9. Clear these first

Exhibit 268
Page 1 of 1

USAO-CPB00036939

# TRIAL EXHIBIT 270

CHONG_0167



1.  What do you think?

2.  You cannot say that the work already started before paying the money back

3.  You already prepared to start the work before paying the money back, [OK]?

4.  You mean, paying the money back on the 2nd, and start the work on the 4th?

5.  4 talked to me that day.  I said I didn't have that much money on hand. I pay back 50,000 first. Now the work has not started, and I cannot pay back everything. You guarantee me card for 10,000 every day. For every two weeks, I will pay back 10,000.

6.  That's it.

7.  You are afraid of troubles.  I am also afraid of something happens. No other way. The money has to be paid back.

8.  If you told me this at that time, I wouldn't pay it back when the work starts?

USAO-CPB00036941

Exhibit 270
Page 1 of 1

# TRIAL EXHIBIT 273

CHONG_0180



1. I tell you

2. Before, Big Sister and Second Sister

3. Two people

4. Can do 90,000…

5. Every day

6. Cards from three families

7. They made tons of money like crazy…

8. 4500 a day

9. [nonono]

10. You said exactly the opposite

Exhibit 273
Page 1 of 1

USAO-CPB00036954

# TRIAL EXHIBIT 275

CHONG_0184



1.  The fast cards indeed cannot check on the consumption records...

2.  Disgusting...

3.  They are everywhere

4.  More or less

5.  Regular cards all have consumption records

6.  This 2800 fast

7.  [Image on next page]

8.  All gone?

9.  It shows invalid cards...

USAO-CPB00036958

Exhibit 275
Page 1 of 4

CHONG_0185



1.  [Not translated]

2.  [BB—2000] Fast

3.  [Not translated]

4.  Good

5.  [Not translated]

6.  [BB—800] Fast

USAO-CPB00036959

Exhibit 275
Page 2 of 4

CHONG_0186



1.  It shows invalid cards...

2.  All invalid?

3.  Correct

4.  Disgusting

5.  I drive.  You watch out

6.  [OK]

7.  2800 is absolutely gone...

8.  Let me ask

9.  Don't ask if it is really trouble some...

10. Definitely gone...

USAO-CPB00036960

Exhibit 275
Page 3 of 4

CHONG_0187



1. Definitely gone…

2. Big Sister lost 180 again…

3. Fast card was lost at the 50th minute…

4. It is all messed up today…

5. It is poisonous

6. Big Sister did more than 22,000 today

7. I see that it should be no problem for 25,000

8. My testicles hurt

9. Profit is more than 2000, adding what we lost today, I estimate that today's profit is about 1500

USAO-CPB00036961

Exhibit 275
Page 4 of 4

# TRIAL EXHIBIT 277

CHONG_0105



1. Give me 2000

2. [Not translated]

3. Urging them

4. [Not translated]

5. [Not translated]

6. In 20 minutes

7. Need to be done

8. 20 minutes???

Exhibit 277
Page 1 of 3

USAO-CPB00036879

CHONG_0106



1.  [Not translated]

2.  [Not translated]

3.  In 20 minutes

4.  Need to be done

5.  20 minutes???

6.  Yes

7.  If you cannot do it, I will send to others

Exhibit 277
Page 2 of 3

USAO-CPB00036880

CHONG_0107



1. Give me another 1500

2. [Image not translated]

3. (Audio):  Don't hoard the cards.  Clear them first. We don't have cards now. Use whatever you have.

4. (Audio): Everyday at this moment there are not many cards. Use them fast. Don't hoard them. If they become invalid, you would be responsible on your own.

5. The cards have been cleared…

6. (Audio): If they cannot be cleared, then just buy and make them physical cards.

7. (Audio): The priority is to clear the cards, mainly new cards.

8. Will send you receipts later

9. [Image not translated]

Exhibit 277
Page 3 of 3

USAO-CPB00036881

# TRIAL EXHIBIT 278

CHONG_0255



1.  It should be it for today

2.  Clear and get off work

3.  What?

4.  We will arrive in 4 minutes

5.  Do you have 2000?

6.  [@blade]

7.  (Audio): I will help you to ask

8.  [Ok]

9.  (Audio): I will wait to see if there are more.  When you come back, please remember to buy some Target gift cards, 10 cards per person, for 30 cards in total, the ones for $5/card. I will give you the money later when you come back.

10. We need 3000

11. [emoji]

Exhibit 278
Page 1 of 2

USAO-CPB00037029

CHONG_0256



1. We need 3000

2. [emoji]

3. (Audio): Let me see if he has more.

4. There should be more

5. [Not translated]

6. [Not translated]

7. 1000

8. Off work after done

9. Don't forget to help me buy $5's cards

Exhibit 278
Page 2 of 2

USAO-CPB00037030

# TRIAL EXHIBIT 279

CHONG_0108



1.  [hello] Brother Da Bai

2.  If we handle the products at your place, what would be the approximate price?

3.  (Audio): Just the selling price.  We can give you the selling price.

4.  Then give to us and we want to do it

5.  Purchase price
    [Remainder not translated]

Exhibit 279
Page 1 of 3

USAO-CPB00036882

CHONG_0109



1.  [Not translated]

2.  If the quantity is large and the product is good, the price can be a bit more

3.  What would you consider large quantity?

Exhibit 279
Page 2 of 3

USAO-CPB00036883

CHONG_0110



1. If the quantity is large and the product is good, the price can be a bit more

2. What would you consider large quantity?

3. [emoji]

4. Can give more if 20,000 to 30,000 each time

5. It would also be ok if there are a lot of [switch](es)

6. The main thing is large quantity

7. Is the 20,000 to 30,000 quantity the purchase price or the total buying price ?

8. (Audio): After getting the products each time, 20,000 or 30,000, or around 20,000 or 30,000, we can give you a better price.

9. Then approximately how much

10. (Audio): Make them 20,000 or 30,000, get them to 20,000 or 30,000, don't just be a few thousands to sell, or a few thousands to sell. I am not even bothered to receive them.

Exhibit 279
Page 3 of 3

USAO-CPB00036884

# TRIAL EXHIBIT 281

CHONG_0112



1. [@blade] Brother Da Bai, will the physical cards purchased from fast cards be cancelled?

2. (Audio): Normally no, normally no.

3. (Audio): If it is on the same day, no.

4. (Audio): If it is extremely unlucky, occasionally there would be a [unintelligible], normally no.

5. Brother Da Bai, do you want mice?

6. 1

7. [@blade]

8. Fuck... just mice left?

9. I am just asking...

10. (Audio): No no no. Don't buy mice.  Really, don't buy mice.

Exhibit 281
Page 1 of 1

USAO-CPB00036886

# TRIAL EXHIBIT 282

CHONG_0113



1. Brother Da Bai, the price for one hour cards, is that based on fast or regular?

2. Regular

3. Just two hours

4. That is for you to do it fast

5. So I just said one hour

6. OK. I will now calculate how many cards I used for these two days. A moment later we will transfer 100,000 RMB to you, and the amount paid extra will be counted as prepayment

7. You can also verify and see if we can reconcile

8. Before I owe you 36100 RMB

Exhibit 282
Page 1 of 1

USAO-CPB00036887

# TRIAL EXHIBIT 315

CHONG_0132



You invited Sharon, Eric to the group chat

1.  [emoji]

    "[Sharon]" invited "Xi Wang (Hope)" into the group chat

2.  [Hello]

3.  I forgot to ask yesterday, is there reimbursement for gas cost?

4.  Yes, 30/day

5.  Yes [emoji]

6.  Sorry we will stop working now. The product receiving merchants cannot give us the price due to the new product release conference, and will wait until the product release conference ends. Sorry about it, and we will stop today temporarily.  We will add $100 when we start tomorrow or the day after, count it as today's subsidy

Exhibit 315
Page 1 of 1

USAO-CPB00036906

# TRIAL EXHIBIT 350

1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   MONICA E. TAIT (Cal. Bar No. 157311)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2931
7       Facsimile: (213) 894-6269
        E-mail:   Monica.Tait@usdoj.gov
8  AMANDA N. LISKAMM
   Director, Consumer Protection Branch
9  WEI XIANG
   MEREDITH B. HEALY
10 Trial Attorneys
   Consumer Protection Branch
11 U.S. Department of Justice
        450 Fifth Street, NW, Suite 6400
12      Washington, DC 20001
        Telephone: (202) 532-4140/
13      Facsimile: (202) 514-8742
        E-mail:   Wei.Xiang@usdoj.gov
14                Meredith.B.Healy@usdoj.gov
   Attorneys for Plaintiff
15 UNITED STATES OF AMERICA

16                    UNITED STATES DISTRICT COURT

17              FOR THE CENTRAL DISTRICT OF CALIFORNIA

18 UNITED STATES OF AMERICA,          No. CR 20-CR-00621-AB

19          Plaintiff,                STIPULATION REGARDING DATE OF
                                      ARREST OF BLADE BAI AND RELEASE ON
20          v.                        CONDITIONS

21 BLADE BAI,
   BOWEN HU, and
22 TAIRAN SHI,

23          Defendants.

24

25      Plaintiff United States of America, by and through its counsel

26 of record, Assistant United States Attorney Monica Tait, and

27 Department of Justice Trial Attorneys Wei Xiang and Meredith B.

28 Healy, and defendants Blade Bai, Bowen Hu, and Tairan Shi, both

Exhibit 350
Page 1 of 5

1   individually and by and through their respective counsel of record,

2   Carlos Juarez, Janet Hong, and William Harris, hereby STIPULATE AND

3   AGREE as follows:

4       1.   On November 17, 2020, Blade Bai was arrested based on a

5   complaint for a violation of Title 18, United States Code, Section

6   1956(h) (Conspiracy to Commit Money Laundering) in case number 20-MJ-

7   005589.

8       2.   On the same day, and continuing through at least December

9   31, 2020, Blade Bai was released on conditions pursuant to Title 18,

10  United States Code, Chapter 207, Section 3142, and an order issued by

11  the United States District Court for the Central District of

12  California.

13      3.   This stipulation is admissible into evidence.

14  IT IS SO STIPULATED.

15   Dated:   September 4, 2023        E. MARTIN ESTRADA
                                       United States Attorney
16
                                       MACK E. JENKINS
17                                     Assistant United States Attorney
                                       Chief, Criminal Division
18
                                       AMANDA N. LISKAMM
19                                     Director, Consumer Protection Branch

20                                     WEI XIANG
                                       MEREDITH B. HEALY
21                                     Trial Attorneys
                                       Consumer Protection Branch
22                                     U.S. Department of Justice

23                                      /s/ Monica E. Tait

24                                     _____
                                       MONICA E. TAIT
25                                     Assistant United States Attorney

26                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

27       (SIGNATURES OF DEFENDANTS AND COUNSEL ON FOLLOWING PAGES)

28

1     BLADE BAI SIGNATURE PAGE FOR STIPULATION REGARDING DATE OF ARREST
            OF BLADE BAI AND RELEASE ON CONDITIONS
2
3     IT IS SO STIPULATED.

4     Dated:  8/7/2023

5                                         CARLOS JUAREZ
                                          Attorney for Blade Bai
6
7     Dated:

8                                         BLADE BAI, defendant

9
                            CERTIFICATION OF INTERPRETER
10
11        I, Wayne Chan, am fluent in the written and spoken

12    English and Mandarin Chinese languages.  I accurately translated this

13    stipulation from English into Mandarin Chinese to defendant Blade Bai

14    on this date.

15    _____        8/7/2023

16    INTERPRETER                         Date

17

18

19

20

21

22

23

24

25

26

27

28

                                   3

                            Exhibit 350
                            Page 3 of 5

1    BOWEN HU SIGNATURE PAGE FOR STIPULATION REGARDING DATE OF ARREST OF
          BLADE BAI AND RELEASE ON CONDITIONS

2    IT IS SO STIPULATED.

4    Dated:   8-8-23                          *Janet Hong*
5                                      JANET HONG
                                       Attorney for BOWEN HU
6

7    Dated:   8-8-23

8                                      BOWEN HU, defendant

9

10                      **CERTIFICATION OF INTERPRETER**

11      I,  Yanyan Liu  , am fluent in the written and spoken

12   English and Mandarin Chinese languages.  I accurately translated this

13   stipulation from English into Mandarin Chinese to defendant BOWEN HU

14   on this date.

15

16   INTERPRETER                          8/8/2023
                                          Date

1  TAIRAN SHI SIGNATURE PAGE FOR STIPULATION REGARDING DATE OF ARREST
2                OF BLADE BAI AND RELEASE ON CONDITIONS

3  IT IS SO STIPULATED.

4  Dated:  8/8/2023

5                                        _____
                                          WILLIAM HARRIS
6                                         Attorney for TAIRAN SHI

7  Dated:  8/8/2023

8                                        _____
                                          TAIRAN SHI, defendant
9

10                    **CERTIFICATION OF INTERPRETER**

11     I,  Yanyan Liu        , am fluent in the written and spoken

12  English and Mandarin Chinese languages.  I accurately translated this

13  stipulation from English into Mandarin Chinese to defendant TAIRAN

14  SHI on this date.

15  _____         8/8/2023
                                       _____
16  INTERPRETER                        Date

17

18

19

20

21

22

23

24

25

26

27

28

5

Exhibit 350
Page 5 of 5

# TRIAL EXHIBIT 362T

CHONG_0336

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 6/26/2019 2:37:18 PM(UTC-7)<br><br>**Last Activity:** 11/4/2021 10:58:35 AM(UTC-7)<br><br>**Number of attachments:** 6273<br><br>**Source:** WeChat<br><br>**Account:** wxid_h42xwqblu3o422<br><br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>---<br><br>wxid_h42xwqblu3o422<br>Bigfish1919   (owner)<br><br>hailan3749<br>努力中         Working hard<br><br>**Identifier:** bd9ce7897983f9983b01c228ec605d6d | |

Exhibit 362T
Page 1 of 10

USAO-CPB00037140

CHONG_0337



From: wxid_h42xwqblu3o422 Bigfish1919 (owner)

Attachments:

[Image translated on next page]

Size: 91007

File name: 9987.pic

9987.pic

11/27/2020 2:42:19 PM(UTC-8



From: wxid_h42xwqblu3o422 Bigfish1919 (owner)

Attachments:     (Audio): Do you want to ask him?
Do you want to ask him?

Size: 5224

File name: 9988.aud.silk

9988.aud.silk

11/27/2020 2:42:23 PM(UTC-8



From: hailan3749 努力中   Working hard

谁

Who?

11/27/2020 2:46:44 PM(UTC-8

USAO-CPB00037141

3



CHONG_0338

Da Bai 2

谢谢

Thank you.

星期三 上午 9:48

Wednesday 9:48 am

她那里有 3 万

She has 30,000

行

OK

星期三 下午 12:06

Wednesday 12:06pm

3''

星期三 下午 12:14

Wednesday 12:14pm

4''

2''

下午 2:37

2:37pm

在吗

You there?

2''

有没有问礼卡的事情，我这边大概有 3-4w

Did you ask about the gift cards? I have about 30k-40k

按住 说话

Hold to Speak

Exhibit 362T
Page 3 of 10

USAO-CPB00037142

4

CHONG_0339



From: hailan3749 努力中      Working hard

大白2

Da Bai 2

11/27/2020 2:46:58 PM(UTC-8)



From: wxid_h42xwqblu3o422 Bigfish1919 (owner)

Attachments:

(Audio):  Da Bai, just Da Bai.

Size: 3597

File name: 9991.aud.silk

9991.aud.silk

11/27/2020 2:47:05 PM(UTC-8)



From: wxid_h42xwqblu3o422 Bigfish1919 (owner)

Attachments:

(Audio):  When he asked me last time, I forgot to tell you.  He asked me to tell you not to ask about it anymore

Size: 9683

File name: 9992.aud.silk

9992.aud.silk

11/27/2020 2:47:09 PM(UTC-8)

Exhibit 362T
Page 4 of 10

USAO-CPB00037143

CHONG_0340

From: hailan3749 努力中          Working hard

**Attachments:**



**Size:** 296223

**File name:** 10217.pic

10217.pic

11/30/2020 11:13:05 PM(UTC-

From: hailan3749 努力中          Working hard

大白36296

Da Bai 36296

11/30/2020 11:13:13 PM(UTC-

From: wxid_h42xwqblu3o422 Bigfish1919 (owner)

OK

11/30/2020 11:13:19 PM(UTC-

**6**

Exhibit 362T
Page 5 of 10

USAO-CPB00037144

CHONG_0341

| | | | |
|---|---|---|---|
| 39 | #38 | 0412212762293360790 0123242 | 1000 |
| 40 | #39 | 0412218817440670790 0123246 | 1000 |
| 41 | #40 | 0412217662249870790 0123247 | 696.27 |
| 42 | #41 | 0412217662249790790 0123244 | 80.96 |
| 43 | #42 | 0412217857516220790 0123241 | 1407.22 |
| 44 | #43 | 0412218017898120790 0123249 | 37.02 |
| 45 | #44 | 0412214016325780790 0123244 | 974 |
| 46 | #45 | 0412212763020670790 0123243 | 196.78 |
| 47 | #46 | 0412214016326020790 0123242 | 244.86 |
| 48 | #47 | 0412214016325600790 0123242 | 703.61 |
| 49 | #48 | 0412212762294430790 0123246 | 114.94 |
| 50 | #49 | 0412214281724910790 0123249 | 697.66 |
| 51 | #50 | 0412217857516060790 0123244 | 131.06 |
| 52 | | | |
| 53 | | | 36296.12 |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |

7

CHONG_0342

From: hailan3749 努力中        Working hard

**Attachments:**



**Size:** 352806

**File name:** 10220.pic

10220.pic

11/30/2020 11:13:44 PM(UTC-

From: hailan3749 努力中        Working hard

你可以看到

You can see it

11/30/2020 11:13:49 PM(UTC-

From: hailan3749 努力中        Working hard

**Attachments:**        (Audio): Ali asked you to wait a bit, as he will give it to you tomorrow, and not to ask him about the statement/invoice.

**Size:** 10699

**File name:** 10222.aud.silk

10222.aud.silk

11/30/2020 11:33:31 PM(UTC-

USAO-CPB00037146



| | | |
|---|---|---|
| #37 | 041221881744109079000123246 | 1000 |
| #38 | 041221276229336079000123242 | 1000 |
| #39 | 041221881744067079000123246 | 1000 |
| #40 | 041221766224987079000123247 | 696.27 |
| #41 | 041221766224979079000123244 | 80.96 |
| #42 | 041221785751622079000123241 | 1407.22 |
| #43 | 041221801789812079000123249 | 37.02 |
| #44 | 041221401632578079000123244 | 974 |
| #45 | 041221276302067079000123243 | 196.78 |

CHONG_0343

Worksheet 29

Type the content that you want to search here.

Exhibit 362T
Page 8 of 10

USAO-CPB00037147

CHONG_0344

From: hailan3749 努力中        Working hard

**Attachments:**



**Size:** 233795

**File name:** 10223.pic

10223.pic

11/30/2020 11:34:34 PM(UTC-

From: hailan3749 努力中        Working hard

木捡的

Unabridged

11/30/2020 11:34:36 PM(UTC-

From: wxid_h42xwqblu3o422 Bigfish1919 (owner)

ok.

11/30/2020 11:34:59 PM(UTC-

**10**

Exhibit 362T
Page 9 of 10

USAO-CPB00037148

CHONG_0345

| C | D | | E | F | G |
|---|---|---|---|---|---|
| #37 | 041221881744109007900123246 | 1000 | #37 | 041221276970160007900123247 | 970.17 |
| #38 | 041221276229336079000123242 | 1000 | #38 | 041221872250340079000123248 | 130.31 |
| #39 | 041221881744067079000123246 | 1000 | #39 | 041221271742952079000123245 | 383.24 |
| #40 | 041221766224987079000123247 | 696.27 | #40 | 041221271742390079000123248 | 275.54 |
| #41 | 041221766224979079000123244 | 80.96 | #41 | 041221836268774079000123247 | 372.29 |
| #42 | 041221785751622079000123241 | 1407.22 | #42 | 041221836290711079000123241 | 875.99 |
| #43 | 041221801789812079000123249 | 37.02 | #43 | 041221271742945079000123249 | 435.81 |
| #44 | 041221401632578079000123244 | 974 | #44 | 041221440770538079000123248 | 56.35 |
| #45 | 041221276302067079000123243 | 196.78 | #45 | 041221256180707079000123243 | 1000 |
| #46 | 041221401632602079000123242 | 244.86 | #46 | 041221335525484079000123245 | 221.59 |
| #47 | 041221401632560079000123242 | 703.61 | #47 | 041221872212800079000123241 | 330.74 |
| #48 | 041221276229443079000123246 | 114.94 | #48 | 041221872250000079000123249 | 259.24 |
| #49 | 041221428172491079000123249 | 697.66 | #49 | 041221872250180079000123241 | 1000 |
| #50 | 041221785751606079000123244 | 131.06 | #50 | 041221355699417079000123243 | 49.6 |
| | | | #51 | 041221872213300079000123244 | 328.49 |
| | | | #52 | 041221854608406079000123248 | 86.93 |
| | | 36296.12 | #53 | 041221837542078079000123249 | 220.48 |
| | | | #54 | 041221854619619079000123243 | 602.24 |
| | | | #55 | 041221276970004079000123247 | 1000 |
| | | | #56 | 041221276969998079000123243 | 325.97 |
| | | | | | 36083.48 |

Exhibit 362T
Page 10 of 10

USAO-CPB00037149