E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931
     Facsimile: (213) 894-6269
     E-mail:    Monica.Tait@usdoj.gov
AMANDA N. LISKAMM
Director, Consumer Protection Branch
WEI XIANG
MEREDITH B. HEALY
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
     450 Fifth Street, NW, Suite 6400
     Washington, DC 20001
     Telephone: (202) 532-4140
     Facsimile: (202) 514-8742
     E-mail:   Wei.Xiang@usdoj.gov
               Meredith.B.Healy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-CR-00621-AB |
|---|---|
| Plaintiff, | SUPPLEMENTAL VICTIM IMPACT STATEMENTS RELATING TO DEFENDANTS BLADE BAI AND BOWEN HU |
| v. | |
| BLADE BAI, BOWEN HU, | Sentencing: March 26, 2024 |
| Defendants. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, and Department of Justice Trial Attorneys Wei Xiang and Meredith B.

Healy, hereby files the supplemental redacted Victim Impact Statements it has recently received relating to defendants BLADE BAI and BOWEN HU.  The government agrees that these specific victims were not victimized during the period for which defendant TAIRAN SHI should be liable.[1]

The government notes further that to the extent some victims express their understanding that the defendants made the scam phone calls which caused the victims to purchase Target gift cards, that understanding is not correct.

Dated: March 22, 2024               Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

AMANDA N. LISKAMM
Director, Consumer Protection Branch
MEREDITH B. HEALY
WEI XIANG
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice

/S/Monica E. Tait
_____
MONICA E. TAIT
Assistant United States Attorney
Major Frauds Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] The victims' gift cards were purchased and laundered on or about the following dates:  T.N. in January 2020, and C.D. on February 7, 2020.

**Victim Impact Statement**

On January 22, 2020, I was called by one of the defendants who claimed they were federal agents.  I was told they found drugs in a car registered under my name.  They told me the government would seize any money from a bank account.

In order for me to protect the funds in my bank account, I was told to purchase gift cards to be deposited in a special government account.  I was instructed to purchase gift cards at Walmart, Target, Safeway and CVS.  I was told to follow the instructions and make deposits.

I followed instructions because I was tricked into believing I was following federal government instructions.  I withdrew $10,500 of my funds to purchase 21 gift cards at $500/card and gave the person I thought was a federal agent the card numbers and PIN so they could withdraw the funds and hold the funds in a special federal government account.  I was told when the matter was cleared, I would be refunded the $10,500 I was led to believe would be returned to me.

They told be to attempt to withdraw additional funds to purchase gift cards, however, the bank said I had reached my withdrawal limit.  They then told me we would withdraw another amount the next day at 9:00AM.  When I got home, I talked to my wife who was suspicious and she told me I had been scammed.  The next day, I called the Anne Arundel County Police to report the scam.  The police confirmed that I had been scammed.  The police gave me a police officer name, badge number and case number.

I would like to have my $10,500 returned to me ASAP and ensure these felons receive the maximum penalties allowed under the law.

If you need any additional information, please let me know.

Thank you.



## [EXTERNAL] VICTIM IMPACT STATEMENT



To  Villasenor, Mark (USACAC)



Thu 3/14/2024 1:14 P

You replied to this message on 3/14/2024 2:03 PM.

Victim : C█████ D████
USAO Number 2020R2144
Court Docket Number: 20-CR-00621

My name is Cl██████ D█████
I was severely impacted by the actions of these people. I lost $11,000 dollars because of their actions.
I had been preparing to retire and had to delay my retirement by two years. I had to cancel three of my credit cards and put a hold on my bank account out of fear they would continue to target me. All of this took a great deal of time and effort.
Their actions have also caused me a great deal embarrassment  and shame for falling for such a scam. I am now suspicious of every one and any contact I receive via Phone, email or regular mail.

It is my hope hat these people are stopped before they so negatively affect anyone else's life.


C██████ D████

Sent from Mail for Windows