UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLADE BAI,<br>aka "Dabai,"<br>aka "Balde Bai,"<br>aka "Bai Tim," and<br>aka "Tian Bai,"<br>BOWEN HU, and<br>TARIAN SHI,<br><br>Defendants. | No. 2:20-cr-00621-AB-1<br><br>~~[PROPOSED]~~ PRELIMINARY ORDER OF FORFEITURE |

Upon consideration of the application of Plaintiff, UNITED STATES OF AMERICA, for a preliminary order of forfeiture, and the conviction of Blade Bai, Bowen Hu, and Tairan Shi ("defendants") on Counts One and Two of the Second Superseding Indictment, Federal Rule of Criminal Procedure 32.2(b), and good cause appearing thereon, IT IS HEREBY ORDERED:

**I. FORFEITABLE PROPERTY**

For the reasons set out below, any right, title, and interest defendants in the following described property (hereinafter, the

"Forfeitable Property") is hereby forfeited to the United States. The Court finds that the government has established the requisite nexus between the Forfeitable Property and the offenses described in the Indictment, which charged defendants with violating 18 U.S.C. § 1956(h): (Conspiracy to Commit Money Laundering) and defendant Bai with also violating 18 U.S.C. § 3147(1): (Offense Committed While on Release).

The Forfeitable Property is set forth with particularity in Appendix A to this Order.

**II. IMPLEMENTATION**

IT IS FURTHER ORDERED AS FOLLOWS:

A. Upon the entry of this Order, and pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), 18 U.S.C. 982, and 28 U.S.C. § 2461(c), the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property.

B. Upon entry of this Order, the United States is further authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeitable Property subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m) and Federal Rule of Criminal Procedure 32.2(b)(3). "Any discovery" shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

C. Upon entry of this Order (and at any time in the future after amendment of the applicable order of forfeiture in this matter), the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following

paragraphs shall apply to any ancillary proceeding conducted in this matter:

    1) Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government shall forthwith publish for at least thirty (30) consecutive days on an official government website notice of this order and any other Order affecting the Forfeitable Property, and notice that any person, other than the defendants, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.

    2) Any person other than defendants asserting a legal interest in the Forfeitable Property may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

    3) Any petition filed by a third party asserting an interest in the Forfeitable Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in such property, the time, and circumstances of the petitioner's acquisition of the right, title or interest in the property, any

additional facts supporting the petitioner's claim, and the relief sought. 21 U.S.C. § 853(n)(3).

4) The United States shall have clear title to the Forfeitable Property following the Court's disposition of all third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

D. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to each defendant at sentencing and shall be made part of their sentence and included in their judgment.

E. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

March 29, 2024

DATE

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

DAN G. BOYLE
Assistant United States Attorney

**APPENDIX A**

A. Miscellaneous gift cards, United States Currency, and electronics merchandise seized from 13300 Brooks Dr., Suite D, Baldwin Park, California, consisting of:

1) Amazon Fire TV Cube, 19 count;
2) Apple Airpods, 8 count;
3) Apple Airpods Pro, 37 count;
4) Apple Pencil, 134 count;
5) Apple iPad, 13 count;
6) Apple iPad Mini, 2 count;
7) Apple iPad Keyboard, 40 count;
8) Apple iPad Pro, 16 count;
9) Apple iPad Air, 1 count;
10) Apple iPhone, 6 count;
11) Apple desktop computer, 10 count;
12) Apple laptop computer, 1 count;
13) Apple mouse, 1 count;
14) Apple TV, 251 count;
15) Apple TV HD, 6 count;
16) Apple Watch, 16 count;
17) EV Box Plus, 4 count;
18) Google Chromecast, 64 count;
19) Google Chromecast w/ Google TV, 14 count;
20) Google Nestcam, 27 count;
21) Microsoft Xbox OneS console, 10 count;
22) Nintendo Switch, 14 count;
23) Nintendo Switch Lite, 1 count;
24) Nintendo Switch Special Edition, 31 count;

    25) Nintendo Switch video games, 75 count;
    26) Nintendo Ring Fit Adventure, 41 count;
    27) Sony Bluetooth WF1000 XME, 10 count;
    28) Sony PS4 video games, 225 count;
    29) Sony PS5 video games, 182 count
    30) Sony Playstation controllers, 3 count;
    31) Various Target-branded Gift Cards;

B.   Miscellaneous gift cards, United States Currency, and electronics merchandise seized from 4616 N. Peck Rd., Unit C, El Monte, California, consisting of:

    1) Apple Airpods, 157 count;
    2) Apple computer, 18 count;
    3) Apple iPhone, 34 count;
    4) Apple iPad Keyboard, 169 count;
    5) Apple iPad Air, 8 count;
    6) Apple iPad, 10 count;
    7) Apple TV, 7 count;
    8) Apple Pencil, 10 count;
    9) Apple Watch, 120 count;
    10) Bose headphones, 3 count;
    11) Google Chromecast, 76 count;
    12) Google Nestcam, 1 count;
    13) Nintendo Switch, 35 count;
    14) Nintendo Switch accessories, 96 count;
    15) Nintendo Switch video games, 1789 count;
    16) Microsoft Xbox controllers, 107 count;
    17) Microsoft Xbox consoles, 4 count;
    18) Microsoft Xbox video games, 128 count;

        19) Sony PS4 game consoles, 6 count;
        20) Sony PS4 video games, 83 count;
        21) Sony PS5 controllers, 5 count;
        22) Sony PS5 video games, 557 count;
        23) Sony PlayStation VR, 1 count;
        24) Various Target-branded Gift Cards;
        25) United States Currency, $28,074;

C. Miscellaneous electronics merchandise seized from 5095 Buckwheat St., Chino Hills, California, including one Honda CR-V at that location, consisting of:

        1) Amazon Fire Stick Lite, 9 count;
        2) Apple Airpods Pro, 11 count;
        3) Apple iPad, 20 count;
        4) Apple Watch Series 6, 51 count;
        5) Apple Watch SE, 3 count;
        6) Google Chromecast, 13 count;
        7) Google Chromecast w/ Google TV, 3 count;
        8) Nintendo Switch Lite, 15 count;
        9) Roku Express, 5 count;
        10) Sony PS4 Pro, 1 count;
        11) Sony PS4 video games, 4 count;

D. Miscellaneous gift cards and United States Currency seized from 755 Racquet Club 476, Diamond Bar, California, consisting of:

        1) Target-branded Gift Card, 3 count;
        2) United States Currency, $11,300;

E. Miscellaneous electronics merchandise and United States Currency seized from 16327 Sierra Trail Ct., Hacienda Heights, California, consisting of:

1) Apple Airpods w/ charging case, 60 count;
2) Rainbow Universal Clip, 40 count;
3) Rainbow Selfie Sticks, 44 count;
4) United States Currency, $4,243.